# Exhibit 1



# DELAWARE STATE UNIVERSITY

## OFFICE OF HUMAN RESOURCES

February 1, 2016

Dr. Nirmaljit Rathee
Delaware State University
1200 North Dupont Highway
Dover, DE 19901

Dear Dr. Rathee:

This letter is to confirm your appointment to the positon of Graduate Program Director/Associate Professor in the College of Education, Health and Public Policy at Delaware State University, retroactively effective July 11, 2015.

Further, you are being compensated in this 12-month faculty position with an annual salary of $81,136.82 with a $5,000.00 stipend for the Director position, subject to normal federal, state, and local withholdings. In addition, please note there are no changes to your elected benefits.

In addition, your signature below indicates that you accept the terms and conditions as stated herein.

On behalf of the Human Resources Department of Delaware State University, please feel free to contact us at (302) 857-6261 with any questions or concerns you may have, and we wish you a long and successful relationship with the University.

Sincerely,

Irene C. Hawkins
Vice President
Human Resources

Dr. Nirmaljit Rathee

cc: file


ICH/seg

1200 N. DUPONT HIGHWAY • DOVER, DELAWARE 19901-2277 • (302) 857-6261 • FAX (302) 857-6264

Delaware State University is an equal opportunity employer and does not discriminate because of race, creed, national or ethnic origin, sex or disability.

# Exhibit 2



# DELAWARE STATE UNIVERSITY

Office of the President

## LETTER OF APPOINTMENT

### 2019-2020

May 25, 2019

Dr. Nirmaljit Rathee
Professor and Director, Education Graduate Programs
Department of Education
Delaware State University
**CAMPUS**

Dear Dr. Rathee:

You are hereby issued a Letter of Appointment as a Professor and Director, Education Graduate Programs in the Department of Education to perform the duties of that office as set forth by the University and such duties as may be reasonably assigned by the University, for the period of August 25, 2019 through May 25, 2020 at an annual salary of $97,909.00*.

This appointment and the working conditions are subject to the agreement reached by the Delaware State University Chapter of the American Association of University Professors and the Board of Trustees of Delaware State University.

Please indicate your acceptance of this offer by signing and returning the original and one copy of this letter to the President's Office within two weeks of the date of receipt of this letter.

*base salary is $92,909; salary includes
stipend as Director, Education Grad Programs;
does not include increases from the State

Sincerely,

Wilma Mishoe
President

_____
Signature

08 / 05 / 2019
_____
Date

1200 North DuPont Highway • Dover, DE 19901 • 302.857.6001 (office) • 302.857-6003 (fax) • www.desu.edu

Exhibit 3

# Dr. N. K. Rathee

nrathee@desu.edu

*"Seasoned Professional with 30+ Years of Experience in Education"*

## TABLE OF CONTENT

| | |
|---|---|
| Core Professional Strengths | 2 |
| Extensive Administrative Experience | 3 |
| Educational Qualifications | 3 |
| Research, Scholarship & Creative Activities | 3 |
| Professional Recognition, Awards, Honors & Appreciations | 4 |
| Professional Recognition & Excellence In The Subject Area | 6 |
| Contribution & Achievements In The Subject Area | 7 |
| Professional Experience | 11 |
| Office Held | 11 |
| Leading And Administering Education Graduate Program As Director | 12 |
| Curriculum Development, Change & Innovations | 12 |
| Research Grants, Projects & Research Involvement | 14 |
| Scholarly Journal, Editorship & Editorial Board | 15 |
| Creative Work – Books Publications | 16 |
| Selected Research Presentations, International & National | 19 |
| Selected Seminars And Workshops Attended | 22 |
| Professional Affiliation/Membership | 27 |
| University, College, And Department Committee Service At Delaware State University | 27 |
| Community Service | 29 |

## Dr. N. K. Rathee

nrathee@desu.edu

*"Seasoned Professional with 30+ Years of Experience in Education"*

### Core Professional Strengths

| | |
|---|---|
| * Educational Leadership Development | * Equity, Diversity and Social Justice |
| * Transformational dynamics in Education | * Women Empowerment & Leadership |
| * Ethics & Accountability in Leadership, Administration and Emotional & Cultural Intelligence | * Globalization of Higher Education & Curricular Innovations |

### Selected Highlights

- Google scholar citations of research work: **451 citations** to date.

- **Over 100 research papers** authored.

- Attended **over 120 conferences**, presented research, served as a **keynote speaker** at several, and received multiple **Best Paper & Presentation Awards**.

- Authored **12 books** and contributed chapters to many other books.

  - *Due to popular demand in Italy, one of my published **books has been translated from English to Italian** by Doctors of Medical, Oral, and Biotechnological Sciences at "G. d'Annunzio" University, Chieti-Pescara, Italy.*

- **As Director** of Education Graduate Programs, **spearheaded the exponential growth of the Education Graduate Programs** (with a +700% increase in enrollment).

- Chair of the Dissertation Advisory Committee for **72** students at DSU.

- Member of the Research/Dissertation Advisory Committee for **117** students at DSU.

- Recognized for 10 years of **meritorious service** on President's Employee Appreciation Day,

- Received a **Merit Award** from DSU for **extraordinary** performance in **teaching, research, and service**.

- International Evaluator of many international Ph.D. dissertations.

- Served on the editorial boards of many journals, including the **Board of Directors** of the International Journal of Life Sciences & Medical Sciences and as the Social Sciences **Senior Editor** for the European Scientific Journal.

- **Served as Principal Investigator and Project Director** of STEM-related Explorers' Club, a research project funded by the American Honda Foundation ($75,000.00).

- **Served as Co-Principal Investigator** for the Robert Noyce Teacher Scholarship Program ($2,000,000.00 grant funded by the NSF).

- NSF Research **Collaboration** with the **Department of Physics and Astronomy, Vassar College**, Poughkeepsie,

NY.

✦ Invited as an **Ambassador for Peace** and Development at **UNO** Headquarters in New York.

✦ Invited Member of the World Education Research Association (WERA).

✦ Appointed as a member of **DSU President & College Dean search committees**.

✦ Served as member of DE&I council.

## Extensive Administrative Experience

Throughout my career, I have amassed extensive administrative experience in various leadership roles.

- Serving as the Director of the Education Graduate Programs at Delaware State University since 2014, I orchestrated a comprehensive transformation of the program, leading to substantial revenue generation and an estimated profit margin of approximately 80-90%.

- I have actively contributed to academic governance as the Chair of the DSU Academic Affairs Committee since 2018, as the Chair of the Graduate Committee in the Education Department since 2014, and by active participation in various other academic governance committees.

- As an administrative leader, my commitment to diversity and inclusion is evident in my leadership of the Campus Events subcommittee within the Diversity and Inclusion Task Force since 2017.

- Furthermore, my administrative involvement was showcased as I directed the Honda Explorer Club Research Project from 2012 to Spring 2017 as Co-PI & PI of the Project.

- My extensive administrative experience is highlighted from my ability to drive curricular enrichment & development, secure accreditation, and implement innovative initiatives.

- I led the comprehensive transformation of the program, introducing online and international elements that resulted in remarkable growth of the Programs abroad, specifically in China, Caribbean Islands, and Belize.

## Educational Qualifications

Ph.D. in Education (1992)

*Performed statistical analysis to assess the interrelationship between Team Cohesion, Achievement and Performance, accounting for gender differences.*

Panjab University, India.

## Research, Scholarship & Creative Activities

**Chairperson, Dissertation Advisory Committee at Delaware State University**

    ✓ Ed. D. students = 72 and continuing

**Member, Research/Dissertation Advisory Committee**

    ✓ Students = 117

**Academic Advisor to the Graduate Students**

    ▪ Ed. D. students = 146

- Master's in Education = 34
- Member of M. Ed. Advisory Committee for Scholarly Research & Multimedia Presentation
- 16 Master's students
- Integrated Studies Capstone Research Advisor: Total=23
- Spring 2012 – Advisor of two Capstone Research Scholars
- Spring 2013 – Advisor of one Capstone Research Scholar
- Spring 2014 – Advisor of two Capstone Research Scholars
- Spring 2015 – Advisor of five Capstone Research Scholars
- Fall 2015 – Advisor of three Capstone Research Scholars
- Spring 2016 – Advisor of two Capstone Research Scholars
- Fall 2016 – Advisor of two Capstone Research Scholars
- Spring 2017 – Advisor of two Capstone Research Scholars
- Fall 2017 – Advisor of two Capstone Research Scholars
- Spring 2018 – Advisor of two Capstone Research Scholars

## Examiner for International Ph. D. dissertations

- Evaluated 5 international Ph. D. dissertations
- Chaired Dissertation & Thesis Committees for Panjab University
- 12 Ph. D. dissertations,
- 3 M. Phil. Thesis,
- 1 M. Ed. Thesis and
- 12 Masters' Thesis.

## Professional Recognition | Awards, Honors & Appreciations

### *Top Professor of the Year Award for 2024*

International Association of Top Professionals has announced my selection as **"Top Professor of the Year "** **for 2024.** This selection has been made by a panel of professionals based on my past achievements, longevity in the field and contribution to society.

### *Recognition of Leadership Awards*

Received the Record Retention & Enrollment Award from Delaware State University, 2023. 2022, and 2021.

### *Albert Nelson Marquis Lifetime Achievement Award, 2022.*

A recognition given to individuals who have demonstrated outstanding excellence, leadership, and long-term dedication in their respective fields, contributing significantly to national development.

*Selected and featured among Professional Women: 2022 Honorees in the Wall Street Journal* Of 1.5 million listees, only a small percentage is recognized with the Professional Women honor. These individuals are lauded for their ambition, professional fortitude, industry contributions, career accomplishments through inclusion into

Honorees of the year.

*Invited to present research* - 10th Mediterranean Interdisciplinary Forum on Social Sciences and Humanities, MIFS 2022, University of La Laguna, Tenerife, Spain, 2022

*Due to popular demand in Italy, one of my published books has been translated from English to Italian.* Title: Contemporary Yoga Education: Transforming the body, mind & soul by Dr. Franca Daniele, MD, Department of Medical, Oral and Biotechnological Sciences, "G. d'Annunzio" University, Chieti-Pescara, Italy.

2021, recipient of *Best Paper Award*, IOSSBR Winter Online Conference.

2021, Recognized for delivering an *Outstanding Presentation*. Education Psychology, and Humanities International Conference, 2021. Virtual Conference

2020, Recipient of *Outstanding Faculty Award* Education Department in Spring 2019 2019,

Recognized for *10 years of meritorious service, President's Employee Appreciation Day*

Recipient of the *Global Teacher Role Model Award*, 2017.

2016, Recipient of *Professional Development Awards* from the years 2010 to 2016

2016, Recipient of *Sunshine Award* by the College of Education, Health and Public Policy 2015,

Invited as Judge during *Delaware State World-Class FLL Competition*, 2015

2014, Recipient of *Appreciation Award* from Delaware State University for 5 years of dedicated service 2013,

Recipient of *Academic Enrichment Award,* Center for Teaching & Learning

2013, Nominated for *Excellence Award in Teaching*, Delaware State University.

2012, Received *Merit Award* from Delaware State University for extraordinary performance in teaching, research & service during the academic year 2011-2012.

2012, Nominated for *Excellence Award in Teaching*, Delaware State University.

2008, *Letter of Commendation* from Minister of State for Finance, Government of India for being teacher of excellence.

2008, *Award of Honor & Letter of Appreciation* from Dodge Ball Association of Chandigarh.

2008, *Appreciation Letter* from Dodge Ball Federation of India.

2008, *Letter of Appreciation* from Institute for the Blind, Chandigarh, India.

2007, *Award of Honor* from Chandigarh Territorial Youth Congress (I) in recognition of contribution in promotion of Education, Sports, and Games.

2007, *Certificate of Appreciation* from Dodge Ball Federation of India (affiliated to International Dodge Ball Federation, USA) for services rendered as Sport Psychologist.

2006, *Certificate of Honor* as Distinguished Sports Psychologist from Chandigarh Dodge Ball Association. 2006,

*Commendation Award* from Dodge Ball Association of Chandigarh as Distinguished Sports Personality.

2005, *Award of Honor* from Chandigarh Territorial Youth Congress (I) in recognition of contribution in promotion of Education, Sports, and Games.

2005, *Certificate of Appreciation* from Netball Association of Chandigarh as Prominent Sport Promoter.

2005, *Certificate of Honor* from Indian Association of Sports Anthropometry.

2005, *Letter of Appreciation* for contribution during International Seminar organized by Aligarh Muslim University, Aligarh, UP, India.

2004, *Award of Honor* from Chandigarh State Territorial Youth Congress.

2002, *Award of Honor* as Sports Promoter from Dev Samaj College of Education, Chandigarh, India.

2002, *Letter of Appreciation* from Mount Carmel School, Chandigarh, India.

2000, *Letter of Appreciation from Dean Student Welfare,* Panjab University, Chandigarh for contribution in organizing the International Student Festival.

1999, *Award of Honor* from Panjab University, Chandigarh as Prominent Sports Promoter.

1997, *Letter of Appreciation* from Deputy Commissioner-Cum-Director Sports, Chandigarh for rendering help in organizing *6th Women's Cricket World Cup.*

1997, *Award of Honor* from Panjab University, Chandigarh as Prominent Sports Promoter.

## Professional Recognition & Excellence in The Subject Area

*Keynote Address,* 1st Andean Interdisciplinary Forum on Social Sciences, Humanities & Education at Andean University Simon Bolivar, Quito, Ecuador, 2024

*Led* the DSU Edu. Grad. Program team in Quality Measure Self-Study organized by DDOE, Spring, 2023, and received the highest quality assurance rating for the Program.

*Research Coordinator,* American Educational Research Association's (AERA) Doctoral Student Cohort Program, 2022

*Member Scientific Committee,* 8th Mediterranean Interdisciplinary Forum on Social Sciences and Humanities (MIFS 2020), Barcelona, Spain, May 2020.

*Recognized for dedicated service & hard work* by Education Department Faculty twice -2019-2020.

*Keynote Speaker.* 10th International Conference for Academic Disciplines, Harvard University, Cambridge, MA, May 2019.

*Keynote Speaker,* Educational Research, Humanities and Statistics Interdisciplinary Conference, Washington, DC, March 2019.

*Outstanding Presentation Award,* Educational Research, Humanities and Statistics Interdisciplinary Conference, Washington, DC, March 2019.

*Doctoral Students Cohort Program Coordinator,* American Educational Research Association's (**AERA**) 2019 Doctoral Student Cohort Program, Feb. 2019.

*Member Organizing Committee,* 2018 DSU Unity Day, Nov. 2018.

*Certificate for Significant Contribution.* Managing Chaos: Tools to Set Priorities and Make Decisions Under Pressure, Chicago, IL. Oct. 2018.

*Best Educational Research Presentation Award* during International Journal of Arts & Science Conference, 2017.

*Recipient of Outstanding Research and Presentation Award* at International Conference for Academic Disciplines, 2016.

*Recipient of Outstanding Research Presentation Award* at International Conference for Academic Disciplines, 2015.

*Awarded Certificate for Outstanding Research Presentation* at International Conference for Academic Disciplines, 2014.

*Awarded Certificate for Outstanding Research Presentation* at the 2014 ISIS-Miami Beach International Multidisciplinary Academic.

*Received Best Paper Award* during the International Conference (International Organization of Social Sciences and Behavioral Research International Conference 2014 organized at Atlantic City, NJ in April 2014

*Invited as Guest Speaker* at the International Forum 2014 at Delaware State University.

*Recognition for Presentation* of Interactive Activities during International Multidisciplinary Academic Conference 2014 at Miami, Florida

*Received Best Paper Award* during the International Conference (International Organization of Social Sciences and Behavioral Research International Conference 2013 organized at Atlantic City, NJ in April 2013.

*Recognized as a Faculty Member who made a significant impact on student athletes academically* in the years 2012, 2013 and 2014 by Department of Intercollege Athletics, Delaware State University.

*Awarded Appreciation Certificate* for making contribution in Teacher Education Program in the year 2012- 2013.

*Research Paper was declared Outstanding Research* during the IJAS International Conference for Academic Disciplines organized at Harvard University, Cambridge, MA in May 2012.

*Received Best Paper Award* during the International Conference (International Organization of Social Sciences and Behavioral Research International Conference 2012 organized at Atlantic City, NJ in April 2012.

## Contribution & Achievements in The Subject Area

*Research Advisor for Post-Doc Research,* University of Almeria, Spain for Dr. I. A. Khan, Associate Professor in Education Pedagogy at *King Abdulaziz University, Saudi Arabia.* Research titled: Utilizing Experiences of Learning Strategies During COVID-19: Evolution of Post pandemic English Curriculum. 2022

*Appointed as an International examiner for the evaluation of Ph.D. thesis* - Aligarh University, India, 2021, 2022, 2023

*Deputy Editor*, Dynamic Self Matters, e-Journal of DE & I Council, Delaware State University, 2022

*Moderator* at the 12th Annual Graduate Research Symposium, DSU, April 2021.

*Honorary Guest Speaker,* Global Conference on Education, Research, and Policy. Washington, DC., 2021

*Honorary Guest Speaker,* Education Psychology, and Humanities International Conference, Virtual Conference, Feb. 2021. *Global Shift in Educational Paradigm and Practices – Repainting the Canvas with Innovative Strokes for Collective Efficacy.*

*Member, Panel of Experts.* 1st Educational Sciences Conference on 21st Century Education: Educational Reforms and Global Challenges, ESJ.

*Keynote Speaker*. 10th International Conference for Academic Disciplines, Harvard University, Cambridge, MA, May 2019. *Interplay of Individual Differences, Design Thinking, Educational Equity, and Social Justice: Bridging the Gap through Applied Critical Leadership.*

*Keynote Speaker*, Educational Research, Humanities and Statistics Interdisciplinary Conference, Washington, DC, March 2019. *Socially Responsive Educational Leadership in a Diverse Era: A Critical Review through the Lens of Social Justice and Equity.*

*Chair, Scientific Session.* 9th IJAS International Conference for Academic Disciplines, Harvard University, Cambridge, MA, May 2018. *Embracing Diversity: Core Adaptation Through Social Justice and Equity.*

*Keynote Speaker*, 8th International Scientific Forum, Pembroke, NC 2017. *Navigating the Complexities of Cultural Diversity and Effective Discipline in relation to Quality School Climate and School Leadership.*

*Chaired Technical Session.* International Conference for Education, Boston, MA, 2017

*Chair, Technical Session.* 8th International Conference for Academic Disciplines, Harvard University, Cambridge, MA. May 2017. *Exploring the dynamics of self-identity development through the lens of Perceptual Educational Environment.*

*Keynote Speaker and Chair of the session,* 3rd Pan-American Interdisciplinary Conference, 2017 Buenos Aires, Argentina. Feb. 2017. *Relooking at the Common Core Standards through the Lens of Equity – Closing the Achievement Gap.*

*Chair, Scientific Session.* 7th IJAS International Conference for Academic Disciplines, Harvard University, Cambridge, MA, May 2016. *Investigating Perceived Self-Efficacy for Learning & Performance And Academic Control In Relation To The Academic Stress Among Student.*

*Guest Speaker*, 7th Annual Women's Conference organized by Embracing Your Inner Woman Ministries, Dover, Delaware, May 2016.

*Invited to participate in Expert Discussion* on State- vs. System-led Curricular Innovation in Higher Education organized by American Council on Education, & Center for Policy research & Strategy, Washington, DC. April 2016. *Burnout among Teachers: A Growing Concern.*

Invited as *Key-Note Speaker*. 2nd Global Conference on Education, Research, and Policy, April. 29, 2016 at Washington, DC.

*Recipient Amazing Speaker Award,* Advena World Conference, Washington, DC.

*Moderator* at the 6th Annual Graduate Research Symposium, DSU. April 2016.

*Advisor* for the two research presentations at the 6th Annual Graduate Research Symposium, DSU. April 2016

*Chaired a session* during the International Conference (International Organization of Social Sciences and Behavioral Research International Conference 2016 organized at Atlantic City, NJ in March 2016. *Probing the mediating effects of reattribution feedback on mastery orientation.*

*Judge,* FLL Competition, DSU, January2016.

*Invited for delivering 'Keynote' address and to preside over the conference as a Conference Chair.* 9th International Conference on Teaching, Education and Learning, Dec. 19-20, 2015 at Bangkok, Thailand. *Manifestation of Stress among Teachers and their Mental Resilience.*

*Chaired Technology & Science Session* on May 29, 2015 in 6th IJAS International Conference for Academic Disciplines, Harvard Medical School, Boston, MA. *Bodily-Kinesthetic Intelligence and the ability to control anxiety in relation to Healthy Fitness Zone: An Exploratory Study.*

*Judge,* FLL Competition, DSU, January2015.

*Chaired Scientific Session* during 9th International Conference on Business and Education, Arlington, VA. In Oct. 2014. *Parental Awareness on Prenatal Concerns: An Educational Perspective.*

*Chaired Research Session* during 5th Annual International Conference for Academic Disciplines at Harvard University, Cambridge, Massachusetts in May, 2014. *Exploring the dynamics of psychomotor activities, in relation to body suppleness, movement time, and body mass index.*

*Chaired Conference Session* during the International Conference (International Organization of Social Sciences and Behavioral Research International Conference 2014 organized at Atlantic City, NJ in April 2014. *A Comparative Study of Wellness Perception and Attitude towards Physical Activity among Active and Non-Active Youth.*

*Member Organizing Committee,* 2nd Annual Weight Management Strategies Conference 2014, Delaware State University.

*Guest Speaker & Chair, Scientific Research Session* during International Multidisciplinary Academic Conference at Miami, Florida in January, 2014. *Mental Toughness and Concentration Skills among wrestlers performing at different performance levels.*

*Invited as an Ambassador* to participate in the deliberations of 3rd International Forum on Sport for Peace and Development jointly organized at UNO Headquarters New York by the International Olympic Committee (IOC) and the UN Office on Sport for Development and Peace (UNOSDP), with the support of the United States Olympic Committee (USOC), June 2013.

*Chaired Research Session* during 4th Annual International Conference for Academic Disciplines at Harvard University, Cambridge, Massachusetts in May, 2013. *Balancing belligerence: An analytical approach to optimize performance in combative sports.*

*Chaired Scientific Session* during the International Conference (International Organization of Social Sciences

and Behavioral Research International Conference 2013 organized at Atlantic City, NJ in April 2013. *Study of motor ability, perception, and proprioception among university freshmen.*

*Invited as Keynote Speaker,* 5th Annual International Conference University of Pitesti, Romania in Nov.2012.

*Chaired Research Session* during 3rd Annual International Conference for Academic Disciplines at Harvard University, Cambridge, Massachusetts in May, 2012.

*Chaired a Scientific Session* during the International Conference (International Organization of Social Sciences and Behavioral Research International Conference 2012 organized at Atlantic City, NJ in April 2012.

*Chaired Technical Session* during 2nd Annual International Conference for Academic Disciplines at Harvard University, Cambridge, Massachusetts in 2011.

*Chaired Scientific Session* during 3rd Annual International Conference, Pitesti, Romania in 2010.

*Associate Advisor,* Chandigarh Company Sports Association affiliated to Indian Company Sports Federation and recognized by Company Sports Federation of Asia since 2011.

*Invited as a Judge,* Panjab University Inter College Skill in Teaching Competition in Education, Govt. College of Education, Chandigarh India in 2006.

*Advisor,* Dodgeball Association of Chandigarh since 2005. *Invited as a Resource Person,* UGC Sponsored Series of Extension Lectures, Govt. College for Men, Chandigarh, India in 2005.

*Invited as a Judge,* Panjab University Inter-College Skill-in-Teaching Competition in Yoga, D S College of Education, Chandigarh, India in 2005.

*Chaired a Session,* International Seminar on Hifizane Sehat Aur Maholiyat, Aligarh India in 2005.

*Chaired Scientific Session,* UGC International Symposium on Yoga in New Millennium & Annual Meet Varanasi India in 2005.

*Invited as a Resource Person,* Seminar on Management of Hostel for Visually Impaired Children, Institute for the Blind, Chandigarh, India in 2004.

*Invited as a Resource Person,* Orientation Programs for Teachers, Navodaya Vidyalaya Samiti, Ministry of Human Resource and Development, Government of India in 2003.

*Invited as a Judge,* Panjab University Skill in Teaching, and Teaching Aids Inter College Competition in the subjects of Education and Yoga, D S College of Education, Chandigarh in 2002.

*Invited as a Resource Person,* Orientation Programs for Education Teachers, Navodaya Vidyalaya Samiti, Ministry of Human Resource and Development, Government of India in 2002.

*Involvement in International Olympic Movement* in 2001: *Invited as Sports Educationist* in Sports Leadership and Management Cum Administrator's Program of the **Olympic Solidarity Sports Administration** conducted by International Olympic Committee.

*Chaired 2 Sessions* during Refresher Course in Education for Lecturers, P. U. Chandigarh from Oct.9 to Oct. 29, 2001.

*Chaired a Scientific Session*, 13th National Conference on Sports Psychology, Sports Psychology Association of India, Haridwar, India in 2000.

*Appointed as an Advisor*, International Students Festival organized in Panjab University, Chandigarh, India in 2000.

*Appointed as a Liaison Officer* during 6th Women Cricket World Cup, 1997 organized in India.

## Professional Experience

2018, *Professor of Education*, Department of Education, Delaware State University, Dover, Delaware, USA 2015,

*Director, Education Graduate Programs*, DSU, Dover, DE

2014, **Interim Director**, *Education Graduate Programs*, DSU, Dover, DE

2013, *Associate Professor*, Department of Education, Delaware State University, Dover, Delaware, USA 2012,

*Visiting Scholar in the Department of Physics and Astronomy*, Vassar College, Poughkeepsie, NY 2009, *Assistant Professor*, Department of Education, Delaware State University, Dover, Delaware, USA

2004, *Reader (Associate Professor)*, Education Faculty, Panjab University, Chandigarh, India

2002, *Resource Person, Orientation Programs for Teachers*, Navodaya Vidyalaya Samiti (K-12 School), Ministry of Human Resource and Development, Government of India

1999, *Senior Lecturer*, Education Faculty, Panjab University, Chandigarh, India

1994, *Lecturer*, Dev Samaj College of Education, Chandigarh, India

1993, *Lecturer*, M.C.M.D.A.V. College, Chandigarh, India 1992,

*Lecturer*, D.A.V. College Chandigarh, India

1988, *Lecturer*, Govt. College for Girls, Chandigarh, India 1986,

*Lecturer*, Govt. College for Girls, Chandigarh, India

## Office Held

- 2020      Director, Education Graduate Programs – since 2014
- 2019      Co-Chair, DSU Academic Affairs Committee since 2018
- 2020:     Chair, Graduate Committee, Education Department - since 2014

- 2019:    Leading - Campus Events, a subcommittee of D & I Task Force – Since 2017
- 2017:    Director & PI, Honda Explorer Club Research Project – 2012 to Sp. 2017
- 2015     Interim Director, Education Graduate Programs – from 2014
- 2015     Associate Editor-in-Chief of IJSS– from 2010

- 2015     Chair of Bye Laws Committee of the Education Department – from 2010
- 2014     Chair, Curriculum Committee of the Education Department – from 2013
- 2015     Internal Reviewer DSU Self-Study – from 2014
- 2015     Member, Board of Judges, Del. State World Class FLL Competition – from 2014
- 2015     Associate Advisor, Chandigarh Company Sports Association – from 2011
- 2015     Consultant, Sewapathi Charitable Trust from 2010
- 2015     Advisor, Dodge Ball Association of Chandigarh, affiliated to Dodgeball Association of USA – from 2005
- 2015     Secretary Finance Sambhang Theater Group; A Society of Performing Art – from 2004
- 2014     Member Organizing Committee, 2nd Annual Weight Management Strategies Conference 2014 at DSU
- 2006     Joint Secretary, Chandigarh Swimming Association for Disabled.
- 2002     Coordinator, Refresher Course for Lecturers: Academic Staff College, H. P. University, Shimla.
- 2001     Coordinator, Refresher Course for Lecturers, Academic Staff College, Panjab University, Chandigarh, India, and University Grants Commission.
- 2000     Advisor, International Students Festival organized in Panjab University, Chandigarh, India.
- 1997     Liaison Officer during 6th Women Cricket World Cup

## Leading and Administering Education Graduate Program as Director

⌃ In my role as Director of the Education Graduate Program, I spearheaded a comprehensive transformation of the program, tailoring it for the online landscape to engage a global student body. This overhaul included the implementation of a high-quality curriculum and the introduction of international hybrid synchronous collaborations for both the Ed. D. and M. Ed. Programs, ensuring a robust and dynamic educational experience for the students.

  o  Revenue Generated - Multimillions (in $), Estimated Profit Margin – Approximately 80-90%

⌃ Lead the International Collaboration Initiative of Delaware State University's Ed. D. Program with Northeast Normal University, Changchun, China - one of the six national normal universities in the People's Republic of China.

⌃ I fronted the strategic planning, preparation, and leadership of Delaware State University's Education Graduate Programs, **successfully securing National Recognition and Advanced-Level accreditation from CAEP.**

## Curriculum Development, Change & Innovations

➢ 2022-2020, 2017, and 2016: Planned and introduced Curricular Revisions of the Education Graduate

Programs that were approved by the Faculty Senate and General Faculty.

➢ Internship assessments aligned with the NELP Standards in 2020.

➢ Designed the **curriculum model for internalization** of the Ed. D. program

➢ Led the Education Graduate Programs through the **CAEP Accreditation** process to receive National Recognition for the Graduate Programs.

➢ In the process of **aligning the Ed. D. in K-12 and M. Ed. curriculum and assessments** with the NELP standards in 2019-2020.

➢ **Self-Study Report** for CAEP Accreditation, 2018-2019.

➢ Upgradation of **Internship activities** as field experience & alignment with professional standards, 2019.

➢ Revised the Education **Graduate Programs Handbook, Bluebook, and Internship Manual** & Internship packets.

➢ **Planned and Introduced Hybrid format** for Ed. D. and M. Ed. programs.

➢ **Developed a Model of Transition Points** for the Graduate Programs.

➢ **Comprehensive curricular revision of the Ed. D. in Educational Leadership (K-12 concentration).** The revised and approved curriculum is being offered from Fall 2017 at the Delaware State University.

➢ **Created two separate concentrations of Higher Education and K-12 for the Ed. D. program** at Delaware State University in 2016

➢ **Developed two new Ed. D. capstone alternatives i.e., the Case Study and the Project Study** in addition to the traditional Dissertation in 2016.

➢ **Developed 5 new courses** for the Ed. D. program in 2016.

➢ Developed multidisciplinary STEM related curriculum for K-8 students participating in DSU Explorers Club STEM Program 2014 -2016.

➢ **Participated in the Education Department's Data Day** in December 2016 and 2014; compiled the assessment data to review the programs' needs and changes.

➢ **Introduced Plus-Minus Grading System** in Delaware State University with a proposal in 2013. This proposal has been approved by the DSU Academic Committee and the Faculty Senate in 2015.

➢ **Developed curriculum "Introduction to Sports Movement" for K-8 students of BGC participating in DSU Explorers Club STEM Program** during Spring 2013.

➢ **Developed curriculum "Movement Science" for K-7 students of BGC participating in DSU Explorers Club STEM Program** during Summer 2013.

➢ **Attended week-long proceedings of MADE CLEAR: Climate Science Academy** at Lewes DE in 2013.

➢ **Participated in 2013 DSU Faculty Training & Preparation Workshop in Integration of Climate Studies and Sustainability in Science Education and Stem Courses** to incorporate climate change in curriculum of my Teaching Fitness and Physical Activity Concepts course (EDUC 124) during Fall 2013.

➢ **Developed interdisciplinary course for Gender Studies in 2012,** which has been offered by the University to the students from Spring 2013.

➢ As a **Member of Curriculum Committee of the Department** during academic years 2010- 11, 2011-12 and 2012-13 actively participated in deliberations to upgrade/modify existing syllabi of the Department, as well as the syllabi of many new courses to be introduced in the Department.

➢ **Revised and improved the curriculum** of all the eight courses that I have been teaching since 2009 to keep pace with current trends and developments, and also to align them with the NASPE, CAEP/NCATE and Common Core standards. Informal and summative assessment rubrics for these courses have also been developed from time to time.

➢ **Created new EFE assignments** for the courses Motor Development (EDUC -257) for session 2013-14.

➢ **Continuously participated in the process of academic enrichment and curriculum development** as a member of the University Academic Committee, Faculty Senate, and International Education Sub- Committee.

### Curriculum Development Activities Prior to Joining DSU

➢ 2006 Participated in International Conference on Innovative Practicum in Teacher Education organized by Dev Samaj College of Education, Chandigarh.

➢ 2005-06 Member of Committee constituted by Panjab University (Faculty of Education) to finalize the Syllabus and Regulations of Post Graduate Diploma in Yoga Therapy.

➢ 2003 Subject Expert, Workshop on Transformation of Print Materials into Self-Learning Materials, Chandigarh, India.

➢ 1999 Participated in Seminar cum Workshop sponsored by UGC on Micro Teaching.

➢ 1999 Participated in Seminar cum Workshop sponsored by UGC on Quality Teacher Education, NCTE Curriculum Framework.

➢ Member of various Committees constituted by University and by the Education Faculty to review, revise and develop curriculum for undergraduate and postgraduate classes and also to design and develop new courses and programs from time to time.

## Research Grants, Projects & Research Involvement

❑ **Intensive Research-Based Practical Training Sessions for Developing Research Competencies Among Education Research Scholars** - 2022 Mini-Grant awarded by the Center for Teaching Learning, Delaware State University.

❑ **Member, Research Group, DSU Diversity & Inclusion Task Force**, 2018-2019. Contributed to developing and analyzing the DSU Climate Survey, and in preparation of its Executive Summary Report.

❑ **Principle Investigator and Program Director of STEM related Explorers' Club 2014- 2017,** a research project funded by American Honda Foundation ($ 75,000.00) for Fall 2014 – Spring 2017 carried out at Delaware State University.

❑ **Co-P I, Robert Noyce Teacher Scholarship Program 2012-2018.** Education Department, Delaware State University ($ 2,000,000.00 Grant funded by the National Science Foundation).

❑ **Grant application** submitted seeking grant for the Explorer Club for the years 2017 – 2019 to the American Hero Honda Foundation – Unsuccessful.

❑ **Worked on the Delaware Humanities Forum (DHF) Opportunity Grant for 2015-2016** to fund the community

roundtable series "Quintessential Diversity Roundtable."

- **NSF Research Collaboration with the Department of Physics and Astronomy,** Vassar College, Poughkeepsie, NY 2013-2015
- **PI and Program Director of STEM related Explorers' Club,** a research project funded by American Honda Foundation ($ 75,000.00) for Fall 2012 – Spring 2014 being carried out at Delaware State University.
- **Grant from Delaware Humanities Forum,** contributed to the process of grant seeking, 2013- 14.
- **Co-Principle Instigator** in a research project titled: *The effects of American Fathers' involvement in active play on children's self-competence* carried out in Delaware State University in 2012-13. The purpose of this project was to investigate the effect of Sports Daddy Program related to American fathers' involvement, parenting styles, and children's self- competence.
- **Authored Research Grant** titled *Promoting Physical, Mental and Emotional Wellbeing among Young Children through a specifically Designed Yoga Program* in 2013 for PRIDE Innovation Grants, DSU.
- **Indo - US 21st Century Knowledge Initiative (OSI),** Initiated process and submitted research project for the initiative in 2016.
- **Contributor: DOE Teacher Preparation and Improvement Grant in PE, 2016**

## Scholarly Journal, Editorship & Editorial Board

### Active Involvement in the review process of research work

- *Manuscript Title*: Learning to teach and teaching to learn pre-service science teachers' assessment of supported teaching in school - Review Report Submitted: Sept. 11, 2021.
- *Manuscript Title*: Effect of cognitive-behavioral therapy on pupils with attention deficit hyperactivity disorder in two selected primary schools in Cape Coast Metropolis, Ghana - Review Report Submitted: Aug. 15, 2021.
- *Manuscript Title*: Effectiveness of Teaching Program on Nurses' Performance during Endotracheal Suctioning in the Critical Care Units in Syria. - Review Report Submitted: Aug. 4, 2021.
- *Manuscript Title*: Influence of Characteristics of Work-Life Balance on Teachers' Levels of Job Satisfaction in Public Secondary Schools in Nairobi, Kenya - Review Report Submitted: June 19, 2021.
- Reviewed 34 Research papers and presentations for various International & National Journals.

### Currently Serving as

- Social Sciences *Senior Editor*, European Scientific Journal, Macedonia
- *Associate Editor*, Editing & Proofreading. JPES, Romania
- *Member & Reviewer, International Editorial Board*, European Scientific Journal, Macedonia
- *Member, Editorial Board*, ESJ Social Sciences, Macedonia

### Have Served as

- *Member, Reviewers' Committee* of Journal of Educational Sciences and Research, Pakistan 2020-2013
- *Member, Editorial-Advisory Board*, Journal of Educational Sciences and Research, Pakistan, 2020-2013
- *Member of Editorial Board,* International Journal of Life Sciences and Medical Sciences 2012 -2015.

- *Associate Editor* of International Journal of Sport and Society, Vol. 4(1), 2014.
- *Associate Editor* of International Journal of Sport and Society, Vol. 3(3), 2013.
- *Associate Editor* of International Journal of Science and Society, Vol. 3(4), 2012.
- *Associate Editor* of International Journal of Science and Society for 2011 volume.
- *Associate Editor* of International Journal of Sport and Society, Vol. 3 (4), 2012.
- *Associate Editor* of International Journal of Sport and Society, Vol. 1, 2012.
- *Associate Editor* of International Journal of Science in Society, Vol. 2, 2011.
- *Associate Editor* of International Journal of Sport and Society, Vol. 1, 2010.
- *Refereed research articles,* International Journal of Sport & Society, Vol. 3(3), 2013.
- *Refereed research articles,* International Journal of Technologies in Learning 2013
- *Refereed research articles* for International Journal of Science in Society in 2011.
- *Refereed research articles* for International Journal of Sport and Society in 2010.

## Creative Work – Books Publications

**Published 12 Books**

### Book writing in Progress:

1. Book on Creative Equity-Based Leadership Practices.

### Book Chapter Writing

1. Chapter titled: A Shift in Paradigm **in the Book:** Young, Gifted and Missing: The Underrepresentation of African American Males in Science, Technology, Engineering and Mathematics Disciplines, 2022

2. Chapters titled: Zumba, Pilates, and Yoga **in the Book:** Physical Activity and Sport, 7th Edition, 2021

### Articles & Lessons Published

1. Article titled Yoga-An Amazing Fuel for Body and Mind. Published in Magazine Education Success, Vishwas Publications, Chandigarh, page 101, August, 2004.

2. Article titled Positive Health-Attitudinal Healing. Published in Magazine Nari Pehchaan, 2000.

3. Contributed as Subject Expert in the writing of lessons for distance education for B.Ed. and M.Ed. Courses.

## Selected Research Publications | *Refereed & Invited | 451 citations on Google Scholar

- *Rathee N. K. (2023), Designing An Instrument For Gauging Equity Literacy *European Scientific Journal.*

- *Ganguly, R., Rathee, N. K., and Rathee, V. S. (2023). Learning Engagement of Adult Females in Remote Physical Fitness Program Through Mobile App Intervention. *European Scientific Journal*

- *Yankovich, D., Rathee, N. K., and Singh, V. (2023). Implications of Student Loan and Finance Management Skills of Undergraduate Students. *European Scientific Journal.*

Rathee N. K. (2022), Embracing the Values of the International Students. Published in *Dynamic Self Matters, Journal of DE & I Council*, Delaware State University.

\* Pierre Y., Rathee N. K. & Rathee V. S. (2021). Developing Cross-Cultural Competency through Multicultural Perspective: An Exploratory Inquiry. *European Scientific Journal (ESJ)*.

\*Rathee, N. K. (2021). Assimilating equity as a greater strength to serve 21st century education. *Proceedings of IOSSBR Conference.*

\*Yankovich, D. Pokrajac. D., and Rathee, N. K. (2019). Educational Implications of Student Loan and the Attitude Towards Student Loan. *International Journal of Arts & Science*, 09(01):195–202.

\*Bhardwaj, S., and Rathee, N. K. (2018). Exploring Psycho-Somatic Implications of Yoga Practices – A Strategic Inquiry. *EJPESS,* Vol. 4 (8), 84-94.

\*Bhardwaj, S., Hooda, M., and Rathee, N. K. (2018). Hypercompetitive Attitude Among Athletes: A Behavioral Analysis. *EJPESS*, Vol. 4 (8), 49 – 56.

\*Rathee, N. K. and Eyong, D. N. (2017). Exploring Emotional Intelligence and Authentic Leadership in Relation to Academic Achievement among Nursing Students. *International Journal of Arts & Sciences*, 10 (01), 49–56.

\*Rathee, N. K. (2017). Relooking at the Common Core Standards through the Lens of Equity – Closing the Achievement Gap, *European Scientific Journal*, Vol 13 (22), 1-11.

\*Rathee, N. K. (2016). Manifestation of Stress and Mental Resilience among School Teachers. *Journal of Teaching and Education*. Vol. 5(2), 341-348.

\*Rathee, N.K., and Salh, M.S. (2015). Investigating the dynamics of athlete satisfaction in relation to different performance levels. *Swedish Journal of Scientific Research*. Vol.2 (7), 49-57.

\*Rathee, N. K., and Bajwa, S. (2015). Parental Awareness on Prenatal Concerns: An Educational Perspective. *European Scientific Journal*, Vol. 11 (22), 231-237.

\*Rathee, N. K., Magnes, J., and Davis, J. (2014). Kinematics of board breaking in karate using video analysis – a dynamic model of applied physics and human performance. *European Scientific Journal*, Vol. 10 (12), 339-348.

\*Rathee, N. K., Rathee, V. S., and Bhardwaj, S. (2014). Concentration, Reactive-Proactive Aggression, Non-verbal Aggression, and Wellness among Video Games Playing Adolescents. *International Journal of Science in Society*, Vol. 5 (1), 33-41.

\*Rathee, N. K., Bhardwaj, S., Lal, N. (2014). A Qualitative Study of Mental Perseverance and Mental Concentration among Elite and Sub-Elite Wrestlers. *European Scientific Journal*, Vol. 10 (8), 202-209.

\* Dujari, A., Rathee, N. K., and Bhardwaj, S. (2013). Study of Motor Ability, Perception and Proprioception among University Freshmen. *Journal of Soc. Sci. Res.*, Vol. 2, 11-18.

Rathee, N. K., and Still, M. (2013). Investigating the relationship between flexibility, reaction time and obesity among college youth. *IJSS,* Vol. 4 (2), 1- 8.

\*Rathee, N.K., and Bhardwaj, S. (2013). Optimizing Aggression in Combative Sports- An Analytical Approach. *Journal of Phy. & Sport*. 13(2):153 – 156.

\*Rathee, N.K., and Bhardwaj, S. (2012). Psychological Resilience among participants of Combative Sports Groups. *Journal of Teaching and Education,* 1(7): 43–49.

*Rathee, N.K., and Bala, S. (2012). Constructing Personality Profile of Charismatic Hockey Player Dhanraj Pillay. *JPES*. 12(3): 253 – 258.

Rathee, N. K. (2012). Achieving Psycho-cognitive harmony through Traditional Training Program: An Experiential Approach. Proceedings of *5th Annual International Conference*, Pitesti, Romania.

*Rathee, N.K., and Pal, G.P. (2012). Effects of residential status and sports participation on the mental wellbeing of school children. *The International Journal of Science in Society*, Vol. 3 (2), 147- 158.

*Rathee, N.K., and Salh, M.S. (2012). An Investigation of Emotional Maturity among International, National and State Level Players. *The International Journal of Sport & Society*, Vol. 2 (4), 73- 81.

Rathee, N. K. (2012). Study of Motor ability, Perception and Proprioception among University Freshmen. Proceedings of *International Organization of Social Sciences and Behavioral Research International Conference*: organized at Atlantic City, NJ.

*Rathee, N.K., and Singh, J. (2011). Achievement Motivation and Adjustment Patterns among International and National Players of Different Team Sports. *Journal of Social Sciences,* Vol. 7 (3): 369-374.

*Rathee, N.K., and Bala, S (2011). Relationship between emotional intelligence and sports performance. *Penalty Corner*, Vol. 11 (1), 19-24.

*Rathee, N.K., and Sharma, A.K. (2010). Exploring the Effects of 12 weeks Physical Activity Program on Emotional intelligence and Mental Health among Visually Impaired Children in India. *The International Journal of Sport & Society,* Vol. 1 (4), 77-85.

*Rathee, N.K., and Salh, M.S. (2010). Exploring Cognitive Style and Emotional Maturity among Indian Handball Players Performing at Varying Levels. *IJSS,* Vol. 1, 26-33.

*Rathee, N. K. (2009). Analysis of self-perception among college students. *Journal of Exercise Science and Physiotherapy,* Vol. 5 (2), 87-90.

*Rathee, N. K. (2009). Investigation of Socio-Psychological Differentials among College Students. *Psycho- Lingua,* 39 (1), 34-38.

Rathee, N.K., and Pal, G.P. (2008). Managing Anxiety Exigencies: By Adopting Cognitive- Behavioral Interventions. *In the Proceedings of National Conference on Scientific Temperaments in Sports*.

*Rathee, N. K. (2008). Comparative analysis of Mood Profile and Goal Orientation among Combative and Non-Combative Sportspersons. *Penalty Corner*, Vol. 8 (1&2), 71-75.

*Rathee, N. K. (2008). Effects of perceptual motor training on perceptual motor abilities and intelligence among mentally challenged children. *IJSS,* Vol. 17 (1&2), 1-11.

Rathee, N.K., and Salh, M.S. (2008). Survey of Self Concept among Position Holding All India Inter University Handball Players. *Proceedings of National Seminar on Sports Exercise Health Connections* Chandigarh.

Rathee, N. K. (2007). Impact of mental imagery and mental rehearsals on test anxiety. *Journal of Kinesthetic Abilities*, Vol. 5, 81 – 86.

*Rathee, N. K. (2006). Exploratory Study Regarding Youth Problems Among Pakistan and Chandigarh Mentally Challenged Cricket Players. *Penalty Corner Journal*. Issue-1 Vol. 5, p 3-6.

Rathee, N. K. (2006). Analytical distinction between tests, measurements, and evaluations. *Journal of Innovative*

*Practicum in Teacher Education*, 3 (1), 57 – 63.

↓ *Rathee, N.K., and Singh, M. (2006). Towards Integrated Personality through Sports: An Overview. *Penalty Corner Journal*. Issue- 1, Vol. 5, 71-73.

↓ *Rathee, N. K. (2006). Impact of Sports and Video Games on the Mental Health of Adolescents. *IJSS*, Vol. 15, No. 1 & 2, p 1-11.

↓ Rathee, N. K. (2005). A review of fasting benefits and yoga shudhi kriya. *Proceedings of International Seminar on Hifzane Sehat, 101 - 108.*

↓ *Rathee, N. K. (2005). Aggression among Participants of Different Types of Sports. *Penalty Corner,* Issue-1, Vol. 4, p 8-13.

↓ *Rathee, N.K., and Gupta, N. (2005). Mental Imagery ability Among Elite Basketball Players. *Penalty Corner Journal*, Issue-1, Vol. 4, p 79- 84.

↓ Rathee, N. K. (2004). Integrating technology for sustainable growth in teacher education. *Proceedings of Seminar-cum-Workshop on Global Factors Influencing Education, Technology and Resources, p. 29 – 41.*

↓ Rathee, N.K., and Singh, M. (2003). Better Mental Health for Better World. *Proceeding: National Conference cum Workshop on Sports & Society*. p 27-28.

↓ Rathee, N. K. (2003). Intellectual Goals and the life of the mind. *Penalty Corner*, 2 (3), 47-59.

↓ Rathee, N.K., and Sharma, A. (2003). Sports for the Society-from vision to ultimate reality. *Proceedings of National Conference cum Workshop on Sports & Society*. p 31-33.

↓ Rathee, N.K., Kumar, R., and Kumar, V. (2003). Community, Fairplay and Sports. *Proceedings: National Conference cum Workshop on Sports & Society*.p51-52.

↓ Rathee, N. K. (2003). Reemphasizing Psycho – Physio Fitness – A Holistic Approach. *Proceedings of International Conference on Sports Sciences*. p 91-98.

↓ Rathee, N. K. (2002). Innovative Rehabilitative Approach Mechanism. *In the Proceedings of National Conference on Developing Linkages between RCI and Institutions for Disabled, Chandigarh, India.*

↓ Rathee, N. K. (2002). Psyching Up the Players – Need of the Hour. *Proceedings of Refresher Course*. UGC and ASC Himachal Pradesh University, Shimla, p 5-6.

↓ Rathee, N. K. (2001). Role of Mental Imagery in Sports. *Proceedings of Refresher Course*. UGC and ASC, Panjab University, Chandigarh, p 72-73.

↓ *Rathee, N. K. (1999). Team Cohesion in Respect to Performance and Gender of Team Athletes. *Journal of Sports Sciences*, Vol. XII, No. I, p 1-9.

↓ Rathee, N. K. (1998). Goal Setting in Sports Organizations. *Proceedings of International Congress on Management*, p 148-150.

↓ *Rathee. N. K. (1997). Adjustment Among Male and Female Athletes With Varying Levels of Performance. *Sports Authority of India Scientific Journal*, Vol. 20(1), p. 19-25.

## Selected Research Presentations | International & National

➢ July, 2023 Research presented at **ISER Conference**, Vancouver, Canada

➤ Feb. 2021 Education **Psychology, and Humanities International Conference,** Virtual Conference, Washington, DC. *Global Shift in Educational Paradigm and Practices – Repainting the Canvas with Innovative Strokes for Collective Efficacy.*

➤ Jan. 2021  **International Organization of Social Sciences and Behavioral Research International Conference,** Winter Online Conference. *Assimilating equity as a greater strength to serve 21st century education.*

➤ Oct. 2019  **International Organization of Social Sciences and Behavioral Research International Conference,** Las Vegas, NV. *Implications of Student Loan and Finance Management Skills of Undergraduate Students.*

➤ May 2019 **10th IJAS International Conference for Academic Disciplines,** Harvard University, Cambridge, MA. *Interplay of Individual Differences, Design Thinking, Educational Equity, and Social Justice: Bridging the Gap Through: Applied Critical Leadership*

➤ Mar. 2019  **Educational Research, Humanities and Statistics Interdisciplinary Conference,** Washington, DC. *Socially Responsive Educational Leadership in a Diverse Era: A Critical Review through the Lens of Social Justice and Equity*

➤ Oct. 2018. **Managing Chaos: Tools to Set Priorities and Make Decisions Under Pressure,** Chicago, IL.

➤ May 2018 **9th IJAS International Conference for Academic Disciplines,** Harvard University, Cambridge, MA. *Embracing Diversity: Core Adaptation Through Social Justice and Equity.*

➤ Sept. 2017 **8th International Scientific Forum,** Pembroke, NC. *Navigating the Complexities of Cultural Diversity and Effective Discipline in relation to Quality School Climate and School Leadership.*

➤ July 2017 **NOYCE Submit,** Washington, DC – Poster presentation on Problem-Based Learning for Future Teachers. *Problem-Based Learning for Future Teachers.*

➤ May 2017 **8th IJAS International Conference for Academic Disciplines,** Harvard University, Cambridge, MA. *Exploring the dynamics of self-identity development through the lens of Perceptual Educational Environment.*

➤ Feb. 2017 **3rd Pan-American Interdisciplinary Conference, 2017 Buenos Aires,** Argentina.
➤ *Relooking at the Common Core Standards through the Lens of Equity – Closing the Achievement Gap.*

➤ July 2016 **NOYCE Conference,** Washington, DC.

➤ May 2016 **7th IJAS International Conference for Academic Disciplines,** Harvard University, Cambridge, MA. *Investigating Perceived Self-Efficacy for Learning & Performance and Academic Control In Relation To The Academic Stress Among Student.*

➤ Apr. 2016 **2nd Global Conference on Education, Research, & Policy,** Washington, DC. *Burnout among Teachers: A Growing Concern.*

➤ Mar. 2016 **International Organization of Social Sciences and Behavioral Research International Conference,** Atlantic City, NJ. *Probing the mediating effects of reattribution feedback on mastery orientation.*

➤ Dec. 2015 **9th International Conference on Teaching, Education and Learning,** Bangkok, Thailand. *Manifestation of Stress among Teachers and their Mental Resilience.*

➤ May 2015 **6th IJAS International Conference for Academic Disciplines,** Harvard University, Cambridge, MA. *Bodily-Kinesthetic Intelligence and the ability to control anxiety in relation to Healthy Fitness Zone: An Exploratory Study.*

➤ Mar. 2015 **NOYCE Conference,** New York. *Robert Noyce Teacher Scholarship Program.*

➤ Mar. 2015 **ISS Expo & Conference.** Atlantic City, NJ.

➤ Dec. 2014 **Facilitated Discussion as Inquiry (FDI) Workshop,** Delaware State University

➤ Oct. 2014 **9th International Conference on Business and Education,** Arlington, VA. *Parental Awareness on Prenatal Concerns: An Educational Perspective.*

➤ Oct. 2014 **Annual Conference of DAHPERD,** Dover, DE. *Improving Body Mechanics and enhancing concentration.*

➤ May 2014 **5th IJAS International Conference for Academic Disciplines,** Harvard University, Cambridge, MA. *Exploring the dynamics of psychomotor activities, in relation to body suppleness, movement time, and body mass index.*

➤ April 2014 **International Organization of Social Sciences and Behavioral Research International Conference,** Atlantic City, NJ. *A Comparative Study of Wellness Perception and Attitude towards Physical Activity among Active and Non-Active Youth.*

➤ Jan. 2014 **International Multidisciplinary Academic Conference,** Miami, Florida. *Mental Toughness and Concentration Skills among wrestlers performing at different performance levels.*

➤ Jan. 2014 **International Forum for Students** at Delaware State University Dover, DE.

➤ May 2013 **4th IJAS International Conference for Academic Disciplines,** Harvard University, Cambridge, MA. *Balancing belligerence: An analytical approach to optimize performance in combative sports.*

➤ April 2013 **International Organization of Social Sciences and Behavioral Research International Conference,** Atlantic City, NJ. *Study of motor ability, perception, and proprioception among university freshmen.*

➤ Dec 2012 **Fourth International Conference on Science in Society,** University of California, Berkeley.

➤ Nov. 2012 **5th Annual International Conference,** Pitesti, Romania.

➤ July 2012 **Third International Conference on Sport and Society,** Cambridge University, Cambridge, U. K.

➤ May 2012 **3rd IJAS International Conference for Academic Disciplines,** Harvard University, Cambridge, MA.

➤ April 2012 **International Organization of Social Sciences and Behavioral Research International Conference,** Atlantic City, NJ.

➤ Aug 2011 **Third International Conference on Science in Society,** Catholic University of America, Washington DC.

➤ July 2011 **11th Annual International Conference on Sports: Economic, Management, Marketing & Social Aspects,** Athens, Greece.

➢ May 2011 **2nd Annual International Conference for Academic Disciplines,** Harvard University, Cambridge, Massachusetts.

➢ Nov.2010 **3rd Annual International Conference, Pitesti, Romania.**

➢ Oct. 2010 **Annual Conference of DAHPERD,** Dover, DE.

➢ July 2010 **14th World Congress on Comparative Education Societies,** Istanbul, Turkey

➢ May 2010 **III International Conference, Singapore.**

➢ Oct. 2009 **Professional Development Conference, DAHPERD,** Dover, DE.

➢ Nov. 2008 **National Conference on Scientific Temperaments in Sports,** Bhago Majra, India (2 Presentations).

➢ Mar. 2008 **National Seminar on Sports Exercise Health Connections,** Chandigarh.

➢ Nov. 2006 **International Conference on Innovative Practicum in Teacher Education,** Chandigarh, India.

➢ Jul. 2005 **International Symposium on Yoga in New Millennium and Sports Science,** Varanasi, India.

➢ Jul. 2005 **UGC Inter-national Conference on Yoga, Sports Medicine & Yoga,** Varanasi, India.

➢ Mar. 2005 **International Seminar on Hifzane Sehat** Aligarh, India.

➢ Jan. 2005 **UGC Sponsored Series of Orientation, Govt. College for Men, Chandigarh, India.**

➢ Nov.2004 **Seminar-cum-Workshop on Global Factors Influencing Education, Technology and Resources,** Chandigarh, India.

➢ Oct. 2004 **National Seminar on Hifzan-E-Sehat,** Aligarh, India.

➢ Dec. 2003 **Seminar on Emerging Role of Teachers: Challenges and Perspective,** Chandigarh, India.

➢ Feb. 2003 **National Conference cum Workshop on Sports & Society,** Chandigarh (3 Presentations).

➢ Jan. 2003 **International Conference on Sports Sciences,** Anantapur, India.

➢ Feb. 2002 **National Conference on Developing Linkages between RCI and Institutions for Disabled,** Chandigarh, India.

➢ June 2002 **Refresher Course.** UGC & ASC Himachal Pradesh University, Shimla, India.

➢ Oct. 2001 **Refresher Course.** UGC and ASC, Panjab University, Chandigarh, India.

➢ Oct. 2000 **National Conference on Sports Psychology,** Haridwar, India.

➢ Oct. 1998 **International Congress on Management,** Gwalior, India.

➢ Oct. 1997 **National Conference on Issues and Challenges in 21st Century,** Panchkula, India.

➢ May 1997 **Inter State Conference on promoting Law & Business,** Chandigarh, India.

## Selected Seminars and Workshops Attended

1. May 2023 Attended & represented Edu Grad Programs at Delaware Superintendents Leadership Fair, Rehoboth, DE.

2. Oct. 2023 Participated in the Blended Coaching Workshop for Leadership Prep Programs.

3. Mar. 2021: Center for Teaching & Learning Inclusive Teaching Workshop

4. Feb. 2021: Spring 2021 CAEP Conference - Success Through Continuous Improvement

5. Feb. 2021; Education Psychology, and Humanities International Conference, Virtual Conference

6. Feb. 2021: Council of Historically Black Graduate Schools Virtual Conference

7. Jan. 2021: International Organization of Social Sciences and Behavioral Research Winter Online Conference.

8. Dec. 2020: Professional Development Workshop, Delaware State University

9. Dec. 2020: 1st Educational Sciences Conference on 21st Century Education: Educational Reforms and Global Challenges. ESJ

10. Oct. 2020: Workshop on interdisciplinary approaches to teaching about diversity in the Caribbean basin.

11. Sept. 2020: Think Tank on Equity Inclusion Conference

12. Mar. 2020: Co-Teaching Conference, West Orange, Newark, New Jersey.

13. Feb. 2020: Round Table Discussion on Organizational Trauma, HR, DSU.

14. Feb. 2020: Title IX Workshop Addressing Sexual Harassment/Sexual Violence, CLT, DSU.

15. Nov. 2019: Professional Development Management Seminar, Delaware State University, Dover, DE

16. Nov. 2019: Professional Development Workshop, Delaware State University, Dover, DE

17. May 2019: 10th International Conference for Academic Disciplines, Harvard University, Cambridge, MA

18. Mar 2019: Educational Research, Humanities and Statistics Interdisciplinary Conference, Washington, DC

19. Oct. 2018: 14th Annual TCOM Conference on Transformational Collaborative Outcomes Management, Chicago, IL.

20. Oct. 2018: Managing Chaos: Tools to Set Priorities and Make Decisions Under Pressure, Chicago, IL.

21. May 2018: 9th IJAS International Conference for Academic Disciplines, Harvard Uni., Cambridge, MA

22. April 2018. Campus Compact Mid-Atlantic. UD, Newark, DE

23. Mar. 2018: Advancing Women in Leadership Conference, Azusa Pacific University, CA

24. Sept. 2017: 8th International Scientific Forum, Pembroke, NC

25. July 2017: NOYCE Submit for NOYCE delegates' presentation of research, Washington, DC

26. May 2017: 8th IJAS International Conference for Academic Disciplines, Harvard Uni., Cambridge, MA.

27. Apr. 2017: Inaugural Delaware State University Day, DSU, Dover, DE.

28. Mar. 2017: DSU Climate Change Education Symposium, DSU, Dover, DE.

29. Feb. 2017: 3rd Pan-American Interdisciplinary Conference, 2017 Buenos Aires, Argentina

30. Nov. 2016: Annual 2016 Management Seminar, DSU, Dover, DE.

31. Nov. 2016: Title IX Training. Delaware State University, Dover, DE

32. Oct. 2016: Delaware Association for HPERD Annual Convention, Dover, DE.

33. Sept. 2016: CAEP Conference, Washington, DC.

34. May 2016: 7th IJAS International Conference for Academic Disciplines, Harvard Uni., Cambridge, MA.

35. Apr. 2016: 2nd Global Conference on Education, Research, and Policy, 2016 Washington, DC.

36. Mar. 2016: International Conference (International Organization of Social Sciences and Behavioral Research International Conference 2013, Atlantic City, NJ

37. Dec. 2015: 9th International Conference on Teaching, Education & Learning, Bangkok, Thailand.

38. May 2015: 6th IJAS International Conference for Academic Disciplines, Harvard Uni., Cambridge, MA.

39. May 2015: The Delaware State University Annual Data Day, Dover, DE

40. Mar. 2015: LEAD Conference, Delaware State University, Dover, DE

41. Mar. 2015: NOYCE Conference, New York.

42. Mar. 2015: ISS Expo & Conference. Atlantic City, NJ

43. Oct. 2014: 9th International Conference on Business and Education, Arlington, VA

44. May 2014: IJAS International Conference for Academic Disciplines, Harvard, Cambridge, MA.

45. Apr. 2014: International Organization of Social Sciences and Behavioral Research International Conference Atlantic City, NJ.

46. Mar. 2014: 2nd Annual Weight Management Strategies Conference, DSU, Dover, DE

47. Jan. 2014: International Multidisciplinary Academic Conference at Miami, Florida

48. Jan. 2014: Interactive Activities during International Multidisciplinary Academic Conference at Miami, Florida

49. Aug. 2013: MADE CLEAR Delaware State University Faculty Development Workshop.

50. July 2013: The 2013 MADE CLEAR Climate Science Academy at Lewes, Delaware.

51. May 2013: IJAS International Conference for Academic Disciplines, Harvard Uni., Cambridge, MA.

52. May 2013: Data Day Workshop – Engaging in Change through Assessment. Delaware State University.

53. May 2013: NCATE Workshop, Education Department, Delaware State University.

54. April 2013: International Organization of Social Sciences and Behavioral Research International Conference, Atlantic City, NJ.

55. April 2013 Emancipation Symposium organized by Delaware Historical Society at Delaware History Center, Wilmington, Delaware

56. Jan.2013: Workshop on 2012-13 Academic Year Master Teacher Program. College of Education, Health, and Public Policy, DSU, Dover, DE

57. Dec 2012: Workshop on *Linking for Authentic Learning*. Center for Teaching and Learning, Delaware State University, Dover, Delaware.

58. Nov.2012: 5th Annual International Conference, Pitesti, Romania.

59. Oct. 2012: Annual Conference of Delaware Association for HPERD, Dover, DE and acted as a Presenter.

60. Sept.2012: *Using Smart Boards to Enhance Teaching & Learning Training.* Center for Teaching & Learning, DSU, Dover, DE

61. July 2012: Third International Conference on Sport and Society, organized at Cambridge University, Cambridge, U. K. Virtual Participation.

62. May 2012: IJAS International Conference for Academic Disciplines Harvard Uni., Cambridge, MA.

63. May 2012: Workshop on Promotion and Tenure, Center for Teaching and Learning, Delaware State University, Dover, Delaware.

64. May 2012: Attended Stewards of Children Training, Delaware State University, Dover, Delaware.

65. May 2012: Plato Workshop by ETS, Delaware State University, Dover, Delaware.

66. April 2012: International Organization of Social Sciences and Behavioral Research International Conference organized at Atlantic City, NJ.

67. Mar. 2012: Workshop on Designing and Using Rubrics for Assessment. Center for Teaching & Learning, Delaware State University, Dover, Delaware.

68. Aug 2011: Third International Conference on Science in Society held at the Catholic University of America, Washington DC.

69. July 2011: 11th Annual International Conference on Sports: Economic, Management, Marketing & Social Aspects, Athens, Greece.

70. May 2011: 2nd IJAS Conference at Harvard University, Cambridge, Massachusetts.

71. May 2011: Workshop on Continuing Education, Delaware State University, Dover, Delaware.

72. Feb. 2011: International Conference on Sport and Society, Kolkata, India.

73. Nov.2010: 3rd Annual International Conference, Pitesti, Romania.

74. Oct. 2010: Annual Conference of DAHPERD and acted as a Presenter.

75. July 2010: Annual Conference of NCPERID, Washington DC

76. July 2010: 14th World Congress of World Council of Comparative Education Societies, Istanbul, Turkey

77. May 2010: III International Conference of Sports Sciences, Singapore

78. Mar. 2010: International Conference on Sport and Society, Vancouver, Canada. Virtual Participation.

79. Oct. 2009: Professional Conference of DAHPERD, Dover, DE

80. Oct. 2009: Academic Advisement Committee Workshop, Delaware State University, Dover, Delaware.

81. Oct. 2009: Praxis I and II Workshop by ETS, Delaware State University, Dover, Delaware.

82. May 2009: Faculty and Staff Development Workshop: Syllabi Review, Alignment and TK 20 Tabs. Delaware State University, Dover, Delaware.

83. Oct. 2008: Professional Development Conference, DAHPERD, Dover, DE

84. Nov. 2007: The Self-aware Sport Psychologist: Workshop of British Association of Sport and Exercise

Sciences, Brunel University, London, U.K.

85. Oct. 2007: Emotional Intelligence and Coping among Sports Students: Workshop of British Association of Sport and Exercise Sciences, Wolverhampton University, U.K.

86. Sep. 2007: Annual Conference of British Association of Sport & Exercise Sciences, Bath University, U. K.

87. Nov. 2006: International Conference on Innovative Practicum in Teacher Education, Dev Samaj College of Education, Chandigarh, India.

88. Feb. 2006: Seminar-cum-Workshop on Quantitative and Qualitative Research and use of SPSS Package: Department of Education, Panjab University, Chandigarh.

89. Jul. 2005: International Symposium on Yoga in New Millennium and Annual Meet, Banaras Hindu University, Varanasi, India.

90. Mar. 2005: International Seminar Aligarh Muslim University, Aligarh, India.

91. Mar. 2008: National Seminar on Sports Exercise Health Connections, Chandigarh.

92. Nov. 2004: Seminar-cum-Workshop on Global Factor Influencing Education, Technology and Resources: D. S. College of Education, Chandigarh, India.

93. Oct. 2004: National Seminar on Hifzan-E-Sehat, Aligarh Muslim University, India.

94. Jun. 2004: Seminar on Management of Hostel for Visually Impaired Children: Institute for the Blind, Chandigarh, India.

95. Jan. 2004: Indian Science Congress Association, Panjab University, Chandigarh, India.

96. Dec. 2003: Seminar on Emerging Role of Teachers: Challenges and Perspective: Panjab University, Chandigarh, India.

97. Nov. 2003: Workshop on Transformation of Print Materials into Self-Learning Materials: Department of Correspondence Studies, Panjab University, Chandigarh, India.

98. Mar. 2003: Workshop on Experimental Design and use of SPSS package: Department of Education, Panjab University, Chandigarh, India.

99. Feb. 2003: National Conference cum Workshop on Sports & Society, Panjab University Chandigarh, India.

100. Jan. 2003: International Conference, S. K. University, Anantapur, Andhra Pradesh, India.

101. Mar. 2002: 6th National Conference on Developing Linkages between RCI and Institutions for Disabled, Indian National Portage Association, Chandigarh, India.

102. Oct. 2000: National Conference on Sports Psychology, G. K. University, Haridwar, India.

103. Apr. 1999: Seminar cum Workshop on Micro Teaching: D. S. College of Education, Chandigarh, India.

104. Feb. 1999: Seminar cum Workshop on Quality Teacher Education, NCTE Curriculum Framework: D. S. College of Education, Chandigarh, India.

105. Dec. 1998: International Congress on Management of Phy. Edu. & Sports, Gwalior, India.

106. Oct. 1997: National Conference on Issues and Challenges in 21st Century, Panchkula, India.

107. Oct. 1997: Green Teacher Training Workshop: Centre for Environment Education (North) and Punjab State Council for Science & Technology, India.

108. May 1997: Xth Annual Conference of All India Association for Educational Research, Chandigarh, India.

109. Mar. 1997: Seminar cum Workshop on Education for Human Rights, D. S. College of Education, Chandigarh, India.

110. Jan. 1996: Seminar on Teachers & Eradication of Child Labor: All India Federation of Teachers Organization.

111. Mar. 1996: University Grants Commission sponsored National Seminar cum Orientation Course in Research Methodology: Organized by the Department of Education, Panjab University, Chandigarh.

112. 1986: All India Seminar on Selection & Training in Sports, Chandigarh, India.

## Professional Affiliation/Membership

- Invited Member, World Education Research Association (WERA).

- Associate member of International Research Networks on Research-Informed Education, 2022

- Member, The International Society for Justice Research (ISJR)

- American Association of Colleges for Teacher Education – since 2014

- Associate Advisor, Chandigarh Company Sports Association affiliated to Indian Company Sports Federation and recognized by Company Sports Federation of Asia – since 2011

- National Consortium (NCPEID) – since 2010

- American Association of University Professors – since 2011

- Indian Society of Sports Anthropometry – since 2005

- Indian Society of Sports Scientists since – 2005

- Indian Association of Sports Scientists– since 2004

- All India Association for Educational Research – since 1995

- Advisor, Dodge Ball Asso. of Chandigarh, affiliated to Dodgeball Association of USA – since 2005

- Program Coordinator, American Educational Research Association's (AERA) Doctoral Student Cohort Program.

- International Honor Society in Education KAPPA DELTA PI – from 2009

- British Association of Sport & Exercise Sciences – from 2007

## University, College, and Department Committee Service at Delaware State University

### University Level

2022 Member, May Commencement Committee, Delaware State University

2021 Nominated as Member DSU Excellence Awards Committee

2021 Member of the DSU Diversity & Inclusion (D&I) Council

2021 Member of DSU Promotion & Tenure Committee

2021 Member, Graduate Council since 2019

2021 Middle States Self-Study Standard -1 Working Group, Delaware State University

2020 May Commencement Committee, Delaware State University

2021 DSU Diversity & Inclusion Task Force – since 2017

2019 DE&I Unity Day Organizing Committee, Delaware State University

2019 DE&I Programming Committee, Spring Fling Carnival

2019 Member, Graduate Studies and Research Advisory Committee – since 2015

2019 Co-Chair, DSU Academic Committee

2021 Member of University Academic Affairs Committee – since 2012

2021 Member of DSU WMGS Work-group Advisory Committee – since 2011

2018 DE&I Unity Day Organizing Committee, Delaware State University

2016 Appointed as Internal Reviewer, DSU (Self Study) – from 2014

2015 Member, International Edu. Sub-Committee of Faculty Senate – from 2011

2014 Nominated, Member of University Excellence Awards Committee – from 2013

2014 Member of University Faculty Senate – from 2011

2012 Member of University Cultural and Special Events Committee – from 2011

**Special Appointment by the Provost, DSU**

2018 Peer evaluation, Movement Science Department faculty – since 2015

2018 Peer evaluation, Dept. of Public & Allied Health Sciences – since 2015

2015 Member, Promotion & Tenure Committee, Department of Public and Allied Health Sciences – since 2014

**College of Humanities, Education and Social Sciences (CHESS)**

2021 Member, Council for Professional Education 2021 Member, College Curriculum Committee

2021 Member, CPE Diversity Committee

**College of Education, Health & Public Policy**

2018 Member, Council for Professional Education since 2015

2018 Education Dean's Leadership Committee – from 2015

2017 Battle of Colleges Committee - from 2016

2020 Member, College Curriculum Committee - from 2014

2017 Member, College Diversity Committee- from 2014

**Education Department**

2021 Co-Chair, Advanced Programs Community Advisory Committee

2021 Chair, Education Graduate Committee – since 2014

2021 Member, Bye Laws Committee, Education Department – since 2010

2021 Member, Curriculum Committee, Education Department – since 2009

2021 Member of Personnel Committee, Education Department – since 2013

2021 Member Department Assessment Committee – from 2014

2020 Chair, Personnel Committee, Education Department from 2019

2015 Chair, Bye Laws Committee, Education Department – from 2010

2014 Member, Strategic Planning Committee– from 2009

2014 Chair, Curriculum Committee, Education Department – from 2013

2013 Member of NCATE Standards Data Collection Committee of Education Department for Standard 4 – from 2012

2012 Member, Education Department Undergraduate Scheduling Committee 2011

2012 Member Exhibit Room Committee, NCATE focused Visit.

## Community Service

+ 2021, Voluntary Contribution to Activities for the **Delaware State University Research Day**.

+ 2021, Virtual Voluntary Outreach Activities for the prospective students through **Open Houses**, Career Fairs

+ 2021, Voluntary Community Service to **Bhakti Yoga Society of Delaware**, Krishna Village– since 2018

+ 2021, Community Outreach Services through **Gurdwara of Delaware** in Middletown, Delaware – since 2016

+ 2020, Member of **Organizing Team, Diversity & Inclusion** Kick Off Event

+ 2020, Co-Chair, **Advanced Programs Community Advisory Committee**, Education Department

+ 2019, Member of Organizing Team, **Unity Day**, DSU

+ 2019, Volunteered as a **Guinness World Record Steward**, Fall Open House, DSU

+ 2019, Member Organizing Committee, **Spring Fling Carnival, DSU**

+ 2019, Open Houses & Career Fairs, **Graduate School, DSU**

+ 2019, Participated in the **American Heart Fundraising** event, Dover, DE

+ 2018, Volunteer Member of Autism Society, Delaware, USA – since 2011

+ 2018, Member, Organizing Committee, **DSU Annual Diversity Day**

+ 2018, Open Houses & Career Fairs, **Graduate School, DSU since 2018**

+ 2018, Service during **Delaware State World Class FLL Competition** – since 2013

+ 2016, Service during **Delaware Peace Week - Peace & the Spoken Word,** and Presented on Women and Voices from Partition of the Indian Subcontinent, Newark, DE

+ 2016, Participated in the fund-raising **Heart Walk** organized by **Health and Fitness Leaders Organization,** Dover, DE

+ 2016, Service as a **Guest Speaker** during **Annual Women's Conference** organized by the

+ 2016, **Embracing Your Inner Woman Ministries,** Dover, DE

+ 2015, **Secretary Finance,** Sambhang Theater Group; A Society of Performing Art – from 2004

+ 2014, Member Organizing Committee, **2nd Annual Weight Management Strategies Conference 2014,** Delaware State University, Dover, DE.

+ 2014, Promoting Integration: **Inclusion of Special Children** from Charlton School for Special Children in regular physical activity course at Delaware State University, Dover, DE.

+ 2014, **Service to Boys & Girls Club FLL, and Jr. FLL teams of Explorer's Club, DSU** – from 2013

+ 2013, Participated in **American Heart Association National Walk** on April 3, 2013

+ 2012, **Member of Organizing Committee** for organizing the Special Olympics, Basketball Skills Event organized in Delaware State University, Dover, Delaware – from 2009

+ 2009-2011 - Also served in this capacity for organizing the Special Olympics, Basketball Skills Events organized in Delaware State University, Dover, Delaware during these years.

+ 2011, **Volunteer Member** for Delaware Association for Blind Athletes – from 2010

+ 2009, **Outstanding Service** during Health Fair organized by McIlvaine Early Childhood Center, Dover, Delaware.

+ 2006, **Joint Secretary of Chandigarh Swimming Association for Disabled** from 2005

+ 2002, **Member of Cultural Program Committee and Publicity Committee,** 6th National Conference organized by Indian National Portage Association.

+ 2000, Appointed as an **Advisor, International Students Festival** organized in Panjab University, Chandigarh, India.

+ 1999, **Member of Social Service Club** of D. S. College of Education, Chandigarh – from 1994

+ 1996, Participated in Cycle Rally organized by **Blood Bank Society,** Chandigarh, India.

+ 1994, **Extension services** for blind & children with other disabilities in Chandigarh, India from time to time.

# Exhibit 4

Case 1:24-cv-00777-TMH    Document 17-1    Filed 11/15/24    Page 37 of 68 PageID #: 349



**DSU | Delaware State University**

Home > News > The strong growth of University Graduate Education Program

**In this photo:**

The Graduate Education Program – which includes the Master and Doctoral Educational Leadership Programs – have experienced tremendous growth in enrollment over the last eight years.

On Campus

# The strong growth of University Graduate Education Program

Friday, September 23, 2022

Multiple efforts to improve and expand Delaware State University's graduate education programs are proving successful, with enrollment up 729 % over the past eight years.

Case 1:24-cv-00777-TMH   Document 17-1   Filed 11/15/24   Page 38 of 68 PageID #: 350

Under the leadership of Dr. Nirmaljit Rathee, Director of Education Graduate Programs, the department has undergone transformational change, with an updated quality curriculum, increased practicality of the degrees, intensive internship experiences, and equitable policies and practices.

"The goal is and has always been, to provide a cutting-edge platform where a diverse community of students can thrive and achieve excellence in their respective fields," said Dr. Rathee. "Without a doubt, I owe a great debt of gratitude to the administration, graduate faculty, office staff, and graduate students for their unflinching encouragement and support."

Dr. Rathee has been serving Delaware State University for more than a decade and currently holds the rank of Professor and the position of Director of Education Graduate Programs. Performing dual roles, she has guided more than 52 students through their doctoral research and has led an incredible growth in graduate student enrollment, retention, and success in the Programs.

She has written 12 books, more than 55 research publications, and received numerous awards and grants. Recently, she has contributed a chapter to the book titled Young, Gifted and Missing: The Underrepresentation of African American Males in Science, Technology, Engineering, and Mathematics Disciplines, and she is working on writing a book on equity-based leadership practices.

Equity-based leadership practices are woven into the Education Graduate programs at Del State, which offers a Doctoral and Master's degree in Educational Leadership, where students are trained and prepared to become transformational, culturally responsive leaders for equity, diversity & social justice to eradicate systemic and systematic barriers to progress the world's most vulnerable and marginalized youth and their families.

The doctoral Program offers two concentrations, i.e., K-12 and Higher Education. The K-12 concentration prepares the candidates as effective administrators and equity practitioners who can articulate a vision for public schools, interact with curious minds, and implement cutting-edge research practices and technology to develop a new vision of education for the diverse society.

The Higher Education concentration equips candidates with a knowledge base & skillsets conducive to effective organizational administration, policy development, strategic innovations, and social justice advocacy related to post-secondary institutions. Courses are conducted in an accelerated weekend, hybrid virtual format.

Working with Dr. Shelley Rouser, chair of the Education Department, Dr. Rathee and her team made numerous changes to the curriculum.



**A Professor talking with a graduate student**

"Dr. Rathee has led the department through a tremendous transition over the past few years, curriculum revisions, entirely new programs, new hybrid delivery methods, and refining processes for

12/23/23, 9:26 PM    Case 1:24-cv-00777-TMH    Document 17-1    Filed 11/15/24    Page 39 of 68 PageID #:
The strong growth of University Graduate Education Program | Delaware State University
351

greater effectiveness and efficiency," said Dr. Rouser. "It is incredibly exciting to see the changes Dr. Rathee and the graduate team make such a tremendous impact on our students - because of her leadership rapid growth has never sacrificed quality delivery - the support students receive is second to none."

Dr. Rathee envisioned and implemented innovative programmatic changes to develop the next generation of transformational educational leaders who are the first choice of employers. The student's success is acclaimed not only in the state of Delaware but across the nation.

She has been able to introduce a culture of excellence in research, theory, and practice to prepare dynamic leaders and critical thinkers of the 21st century who are culturally responsive and discerning practitioners, equipped with a repertoire of new era leadership skills to serve diverse community and profession with equity, care, competence, and commitment.

To better reflect current educational trends and student needs, Dr. Rathee collaborated with Dr. Bluemel, chair of the Department of Languages and Literatures to establish a dual degree program of M. Ed. and MA TESOL/Bilingual Education. She also played a prominent role in launching a new master's Program in Equitable Curriculum and Instructional Leadership,

Dr. Rathee, her faculty, and staff have redesigned the curriculum sequence and have reinvigorated the internship experience. Outdated assessments have been replaced with ones that are in accordance with national professional standards. Their efforts resulted in receiving National Accreditation from the Council for the Accreditation of Educator Preparation (CAEP) for seven years.

Dr. Rathee said to improve student achievement; advisement was a top priority to ensure each student's graduation on time.

All of the work of Dr. Rathee was not lost on students. "I could feel all of the differences," said Dr. Tanna Jackson, who began at Del State in 2013 and witnessed changes to the Program. "Dr. Rathee transformed the whole Program, creating structure and substance so we could hone in on our craft. Her attention to detail and care and concern for the students was very present."

Now director of special education at the Children's Guild Charter School in Washington, D.C., Dr. Jackson said she served on the Education Advanced Programs Advisory Committee to assess where the Program was and where it should go. "Dr. Rathee was very transparent about her goals and ambitions, and she brought the voice of students to the forefront to guide her actions."

The future looks bright for the Program as well, and Dr. Rathee is well on her way to meeting her goal of enrolling about 500 students by 2025, representing a massive 1371% increase in student enrollment compared to 2014.

Case 1:24-cv-00777-TMH    Document 17-1    Filed 11/15/24    Page 40 of 68 PageID #: 352

One student said he believes the Program could serve many in his native country. Dr. Han Fang, who lives in Chang Chun City in Northeastern China, began the Program online in 2020 through a partnership with his home university. "Many teachers and administrators in China would benefit from the program," he said.

Dr. Fang also had high praise for Dr. Rathee's program leadership. He appreciated the spirit of all and felt inspired by the leadership and stimulating learning environment. "The professors are extremely helpful and supportive," he said. "I wanted to learn leadership skills. From the knowledge and expertise of the professors, I think I have learned a lot."

# RECENT NEWS

## DOCTOR OF SOCIAL WORK LAUNCHED AT DSU

**Friday, December 15, 2023**

## DSU RESEARCHER'S GUN POSSESSION RESEARCH FINDINGS RELEASED

**Wednesday, December 13, 2023**

## DSU RECEIVES $300,000 GRANT FOR MICROALGAE RESEARCH

**Wednesday, December 13, 2023**

## 2023 UNIVERSITY SCHOLARSHIP BALL – ARTICLE & PHOTOS

**Tuesday, December 12, 2023**







     App
Store     Play
Store

Calendar

Bookstore

Library

Jobs

12/23/23, 9:28 PM
Case 1:24-cv-00777-TMH    Document 17-1    Filed 11/15/24    Page 42 of 68 PageID #:
354
The strong growth of University Graduate Education Program | Delaware State University

Disclaimer

Copyright

Privacy Statement

Title IX

Accessibility

Sitemap

**Delaware State University**

1200 N. DuPont Highway

Dover, DE 19901

Daytime: 302.857.6060

Evening: 302.857.6290

Request Info

Campus Map

Directions

Wesley Questions

Delaware State University was founded in 1891 and is accredited by the Middle States Commission on Higher Education. Its main location is in Dover, yet DSU offers courses throughout the state of Delaware.

Equal opportunity employer/program and auxiliary aids and services are available upon request to individuals with disabilities.

©2023 All Rights Reserved.

# Exhibit 5

Case 1:24-cv-00777-TMH     Document 17-1     Filed 11/15/24     Page 44 of 68 PageID #: 356

Important notice for access to your
Delaware Business Times "Insider" content

View Message

Become an Insider (https://subscribe.pcspublink.com/websis/Order?p=DEBU&tr=JWB21A)     Login (/login/)

**DELAWARE BUSINESS TIMES**
(https://delawarebusinesstimes.com/)

COLLEGES AND UNIVERSITIES (HTTPS://DELAWAREBUSINESSTIMES.COM/COLLEGES-AND-UNIVERSITIES/)     EDUCATION (HTTPS://DELAWAREBUSINESSTIMES.COM/NEWS/EDUCATION/)

KENT COUNTY (HTTPS://DELAWAREBUSINESSTIMES.COM/NEWS/KENT-COUNTY/)

# DSU enrollment bumps up record for 2023

Katie Tabeling (https://delawarebusinesstimes.com/author/ktabeling/) • November 28, 2023

SHARE



The state's only historically Black university announced that 6,451 students have enrolled for fall 2023, a bump of 3.5% from last year's student body. | DBT PHOTO BY JACOB OWENS

DOVER — **Delaware State University** (https://www.desu.edu/) continues to make strides to hit 10,000 students by 2030, and its most recent enrollment numbers continue to break its previous record.

The state's only historically Black university announced that 6,451 students have enrolled for fall 2023, a bump of 3.5% from last year's student body. Fall 2022 was a historic semester for **DSU (https://delawarebusinesstimes.com/tag/delaware-state-university/)**, as it saw more than 6,000 students for the first time in its 130-year history.

"The race for talent is on, and we have to be prepared to meet our students where they are," DSU President Tony Allen said in a statement. "If the pandemic has taught us anything, it is that a full portfolio of quality educational offerings, new ways to learn in and outside of the traditional classroom, and a commitment to educating and training students who look like the smaller, more connected world we are becoming is the key to long-term success. We feel very good about our trajectory."

During a September DSU Board of Trustees meeting, Allen reported that about 1,800 freshmen and transfer students enrolled, marking it the largest class to arrive at the university to date. In 2022, DSU celebrated a record 1,400 first-year class.

Of the 750 first-year, in-state students, 79% are INSPIRE Scholars. The INSPIRE program has helped thousands of Delawareans attend college, with more than half of its recipients from Kent and Sussex counties, which has both the smallest population of Delaware's three counties and the lowest bachelor's degree attainment rate. In 2021, the program was expanded to cover the entire four-year program for a student.

However, Allen was cautiously optimistic about the enrollment figures, noting that college enrollment has continued to drop over the last 11 years. For the first time since the COVID-19 pandemic started, the **National Student Clearinghouse Research Center** (https://www.studentclearinghouse.org/undergraduate-enrollment-grows-for-the-first-time-post-pandemic-despite-freshmen-declines/) found that undergrad enrollment has increased — though not by much. Initial fall 2023 undergrad enrollment nationwide is up 2.1% from the previous year and is 1.2% above 2021 enrollments.

"We have overcome some notable trends in higher education," Allen said in the press statement. "As we have seen impressive growth in our enrollment since 2017, we have also seen the national trend going in the other direction. We continue to monitor the falling rates of college attendance nationwide and the steady declines in high school graduates due to lower birth rates in the United States."

In addition to growing its undergraduate class, DSU has boosted its graduate student profile by 7% to nearly 900 students and an online student body of 800 students — more than 40% come from the Caribbean.

Allen told the DSU Board of Trustees earlier this fall that DSU has just under 500 students in Jamaica, a program that sprung from a hybrid learning project launched in January 2020. In August 2022, the first cohort of Jamaican graduate students received diplomas. Last year, the Jamaica program expanded with an associate degree program.

"Those students are quite passionate. They are mostly graduate programs, such as master's and doctorates in education," Allen told the board in September. "So these folks are actually professionals, some of which are senior professionals in the country."

The enrollment figures come at welcome time, as it confirms DSU's status as a rising institution in higher education. The U.S. News & World Report's 2024 Best Colleges list placed DSU as the third public HBCU in the country and the ninth overall, tied with Claflin University. Retention is a key figure measured in these rankings, alongside factors like graduation rates and social mobility.

Mirroring this growth, DSU has also announced it would be raising tuition to $8,538 annual tuition cost, or $10,953 total with required added fees. Delaware's HBCU would still be lower than other in-state schools and other nearby HBCUs like Morgan State University, University of Maryland Eastern Shore, Cheyney University of Pennsylvania, and Lincoln University.

### Get the free DBT email newsletter

Follow the people, companies and issues that
matter most to business in Delaware.

Enter Your Email Address

Sign Up Now

**Tags:**
Delaware State University (https://delawarebusinesstimes.com/tag/delaware-state-university/)    dsu (https://delawarebusinesstimes.com/tag/dsu/)
enrollment (https://delawarebusinesstimes.com/tag/enrollment/)    tony allen (https://delawarebusinesstimes.com/tag/tony-allen/)

PREVIOUS ARTICLE
Lycra Co. taps former Polartec chief Smith as new CEO (https://delawarebusinesstimes.com/news/lycra-smith-new-ceo/)

NEXT ARTICLE
UD confirms Conference USA jump in 2025 (https://delawarebusinesstimes.com/news/ud-confirms-conference-usa/)

You Might also Like

Exhibit 6



## DELAWARE STATE UNIVERSITY

### Office of Academic Affairs

TO:       Dr. Nirmaljit K. Rathee, Professor
          Department of Education
          College of Humanities, Education, and Social Sciences (CHESS)
          Delaware State University (DSU)

FROM:     Dr. Emily Williams, Vice Provost for Academic Affairs
          Acting Dean, College of Humanities, Education, and Social Sciences (CHESS)

DATE:     December 18, 2023

RE:       Removal as Graduate Program Director in the Department of Education

Your appointment as Graduate Program Director is under Dr. Shelley Rouser's purview as Department Chairperson of the Department of Education at Delaware State University. The details of this appointment are supported by Article 12.2.7.1S of the current Collective Bargaining Agreement (DSU CBA, 2016-2021) which notes that administration of graduate programming is under the purview of the Department Chairperson.

Dr. Rouser has informed me of a serious academic integrity violation [blatant plagiarism] that occurred under your purview as Graduate Program Director. Specifically, an Ed.D. student was allowed to sit for a dissertation proposal defense even though large portions of her proposal were demonstrably lifted from a Walden University dissertation approved in 2016.

In your role as a dissertation committee member but, moreover, in your role as Graduate Program Director you did not provide the required high-level overview of the process and the proposal before it was presented for defense by the student. In fact, it was one of the dissertation committee members who 'discovered' plagiarism. It was after that 'discovery' that you took action to have reparative measures put in place; however, you never informed the Department Chair, Dr. Rouser.

Please refer to the language in the DSU Graduate Catalog (p. 31), which reads:

> *Any faculty observing any graduate student involved in academic misconduct should submit a memorandum summarizing the alleged infraction(s) along with any documentation and proposed sanctions in writing to the student, copying the Department Chair, the Graduate Program Director, the Dean of the Academic unit in which the infraction occurred, and the Dean of Graduate, Adult and Extended Studies within 24 hours of the alleged infraction.*

In your role as Graduate Program Director, you [were] still a faculty member serving in an appointed capacity. As such, you had the responsibility to notify all of the entities listed above of the academic integrity/plagiarism of the student. The first major concern is your foundational failure to contact the student and the Department Chair within the requisite 24 hours of the alleged infraction. (Another committee member informed Dr. Rouser while the student was not informed until Dr. Rouser did so.)

It is unclear whether you understand the importance of academic integrity and what a serious academic breach this would cause for the university if the student graduated, and later significant passages of her dissertation were found to be plagiarized.

In a November 8, 2023, email correspondence with Dr. Rouser, you assert, "[I] would like to emphasize that this matter [*plagiarism; insertion, mine*] relates to a proposal when the research had not even begun and not to the final dissertation."

Dr. Rathee, it is important for you to understand that *all aspects* of graduate students' work at Delaware State University – course work, proposals, dissertations, and oral defenses – must abide by Delaware State University's Academic Integrity Policy.

On November 10, 2023, you received notice from the Office of Human Resources of Administrative Paid Leave for a separate matter under the auspices of Title IX. During this period, I discovered that you did not have graduate school files (student records, et.al.) in a shared drive accessible to the Department Chair and other faculty members as designated by the Department Chair.

This placed the department in significant jeopardy with the continuity of the day-to-day processes in providing high quality and consistent service to our current students as well as informational data for graduates and program specific reporting.

To begin immediate reparative measures, I established an email account for you to send documents [to me] that you had held [apparently no one else in the department had access to these materials] so I could transmit them to the Department Chair to continue operations in terms of teaching, academic support, and information/data in the graduate program.

For these past five weeks [since November 10, 2023], the graduate level work of the Department of Education under the leadership of Dr. Rouser has been one of piecing together information due to your failure to appropriately provide access to institutional data to the departmental leadership. There remain materials that you still have not provided access to as of this writing.

In aggregate, these situations are not suitable for the leadership necessary for the Graduate Program Director within the DSU Department of Education.

Article 10.4.2 of the DSU CBA notes that disciplinary action be initiated for failure of unit members to perform professional responsibilities consistent with University policies and procedures. Article 10.4.4 of the DSU CBA notes that sanctions should be related to the nature of the infraction. The sanctions for disciplinary infractions can include removal of [an] appointed position.

Article 3.4 of the DSU CBA notes that Academic Deans are administrators responsible to the President through the Provost. Academic Deans have the overall responsibility for the administration and supervision of academic programs in their respective units.

2

In my role as Acting Dean of CHESS, I am, therefore, removing you from the position of Graduate Program Director within the Department of Education. This removal is effective immediately, December 18, 2023.

Dr. Rathee, you will return to the faculty at your current rank as full professor with tenure. I ask that you report to Dr. Shelley Rouser, Department Chair of Education, not later than Wednesday, December 20, 2023, to secure your teaching assignments for Spring semester 2023 with a return to work on the first teaching day of the 2024 Spring Semester.

cc:     Saundra F. DeLauder, Ph.D., Provost and Chief Academic Officer
        Shelley Rouser, Ed.D., Department Chair of Education
        LaKresha Moultrie, Esq., General Counsel and Vice President of Legal Affairs
        Irene Hawkins, Ed.D., Interim Executive Vice President and VP of Human Resources

3

# Exhibit 7

## Table of Contents

CBA Totality and Scope of Agreement Statements.......................................... 2

Definition – Academic Director ................................................................. 2

Chairperson is not an administrator but a unit member............................ 5

New Faculty Hiring Process ....................................................................... 5

Evaluation of Chairpersons, Academic Directors, and Head
Librarians .......................................................... **Error! Bookmark not defined.**

CBA related - AAUP President and Vice-President are compromised ...... 11

Salary.......................................................................................................... 12

## CBA Totality and Scope of Agreement Statements

| | |
|---|---|
| 22.1 | This Agreement constitutes the entire negotiated Agreement between the University and the Association and supersedes any previous regulations, faculty contracts, previous practices or policies, which may be in conflict with the expressed terms of this Agreement. This Agreement shall constitute the only Agreement for all members in the bargaining unit and the University. |
| 23.1 | This Collective Bargaining Agreement represents the complete Agreement between the parties and supersedes any and all prior Agreements, understandings, customs, and practices. This is a fully integrated agreement. The parties further acknowledge their mutual right during the term of the Agreement to initiate good faith negotiations on any matters of concern. |

## Definition – Academic Director

| | |
|---|---|
| 3.6 | "Academic Director" refers to a unit member who is the functional head of an Academic Support Center or Program, e.g., Black Studies Program, Honors Program, Counseling Center. |
| 19.2.10 | All references in this Article to Department Chairpersons shall also apply to Academic Directors and the Head Librarian. |

Basically, all of the references to the academic director and corresponding roles, responsibilities, and authority have been violated.

I have gone over them in the sections in this document. **Dr. Rouser and the administration have always ignored the clauses related to the Academic Director every time I bring it to their attention.** Not only that, they forcefully go against what is in the CBA just so that it can fit their agenda. Even when the CBA clauses are brought to their attention, they deliberately ignore them and don't answer, simply continuing with what they want to do regardless.

Overall, the main theme has been that I need to do all the work regardless of the circumstances (staying awake until 4-5 am in the morning, working 18-20 hours a day, 7 days a week). **When it came to the decision-making role of the academic director for the program functioning, I was deliberately stopped, specifically due to interference from Dr. Rouser, as she wanted to take the important decisions for my program without regard for my input.**

Please refer to the email below (left column), where Dr. Rouser wrote to me *"All of our graduate programs are part of the Education Graduate Program technically: MA,MAT/ARTC, MEd, EdD. However, they are not all managed by one person (you)..."*. On what basis or authority was she deciding this and why DSU administration was allowing this to happened?

She further writes, *"...but instead with other members of the team, including the new K12 and Higher Education Associate Professors/Coordinators."*

| | |
|---|---|
|   2023-02-28 Dr Rouser saying progra |   2023-03-21 Dr Rouser considers dire |

I didn't notice it back then, but I am noticing it now, that given this statement and what happened to me and what was happening behind the scenes while I was on admin leave (Dr. Sasso making himself the in charge of the Higher Education program), **Dr. Rouser had already decided at that time (back in February 2023) the Education Graduate Program would be managed by Coordinators and not by the Director.**

==Were Dr. Rouser and the DSU administration using me like a farm animal to run the successful Education Graduate program of 400 students all by myself without secretary or coordinators throughout the 2023 until the coordinators arrived and then removed me from director?==

**This aligns with the actions that Dr. Rouser took when the new faculty/coordinators joined Fall 2023, Dr. Rouser deliberately made sure that she organizes the onboarding meeting for them, make their progress reports reportable to her, despite my objections.** Perhaps all these false allegations were planned all along.

Whenever I brought up such issues by Dr. Rouser to HR's or administration's attention, instead of understanding the points I was raising, they simply referred to Dr. Rouser as my supervisor and ignored any reference to the CBA or my role and experience.

==In the above table is an email from Dr. Rouser (right column),== which shows that Dr. Rouser considers the Director equivalent to the coordinator. You will also note in this email the dislike she harbors for me. Please also note that, when I was on administrative leave, Dr. Rouser appointed Dr. Tina Mitchell (her close friend) and the coordinator of the MAT program as the interim director of the Education Graduate Program. This further corroborates that Dr. Rouser considers the Director position equivalent to the coordinator position. I am against this because the Education Graduate Program already has significantly experienced and senior faculty such as Dr. Joseph Falodun, who had previously served even in the position of full-time Dean at DSU and thus would have made a great interim director to run the program due to his deep program knowledge while I was on leave. Yet, Dr. Rouser chose to keep the person she preferred and is her friend, and the DSU administration and HR simply went along with it and didn't object.

When I joined as the Director, the Program was in very bad shape, and I worked hard to first make the Education Graduate Program fully accredited at an advanced level, removing any stipulations or Areas for Improvement (AFIs) that the Education Graduate Program initially had. Kindly see below the congratulations email from the college Dean in 2019 when I had shared the news regarding the accreditation ==(PDF on left)==. One of the statements is, *"You have been a wonderful leader for the graduate program, and I am not surprised at this tremendous success!"* ==The PDF on the right== shows the CAEP consultant's email that indicated the **Education Graduate Program became fully accredited with no stipulations and no AFIs. In contrast, please note that the initial programs (undergraduate) that come under Dr. Rouser received 4 AFIs.**

|  PDF<br>2019-07-29<br>Congratulations on Pr | PDF<br>2019-04-18<br>Advanced Level Accre |
| --- | --- |

Furthermore, kindly see the clip below from my meeting with Senior Associate VP, where she comments to me (starting 0:36 mark) that it is the EdD (Education Graduate Program) that is taking the university towards the R1 status goal, and not any other program or degrees. Although the Senior Associate VP confided this to me, as you will see from the start of the clip, I feel hurt. **Why is there supposed to be such secrecy about the program's success? Why can't appreciation be directly and openly communicated to me, similar to how it is done with some other individuals at the university?**



2023-10-25
12-28-15_V2 Senior A:

It is not an exaggeration to mention that I was working 18 to 20 hours a day, seven days a week, for the last two years, specifically this year 2023, that too without any secretarial or coordinator support, managing 300 to 400 students and their issues alone, meeting with international students late in the night because it is daytime or afterwork in their countries, not to mention the significant research advisement services and other services such as contribution to the Diversity, Equity & Inclusion (DE&I) council. Other additional activities included managing course schedules, scheduling courses, assigning faculty, hiring adjunct faculty, assigning adjunct faculty to courses, meeting with adjunct and regular faculty to discuss class and student issues, meeting with student groups and student cohorts to address their issues, orientations, open sessions, program marketing, and program representation in events outside the universities.

The PDF on the left is the DSU news article from 2022, and the PDF on the right is the commencement picture with Education Graduate Program students, including those whose research dissertation committee for doctoral degrees I had chaired.



2022-09-23 The
strong growth of Prog



2023-05 My picture
on main page Comme

When I was unjustly removed from the director's position via a memo, **I reached out to Ms. Pamela Mosley Gresham, JD, to ask if what happened to me aligned with the principles of the Diversity, Equity, and Inclusion (DE&I) Council, as she is the Chair of the DE&I Council and the Executive Director of Labor Relations in HR at DSU**, and she was the one sending the administrative leave letter. In her reply, she mentioned, *"I am so sorry to hear all that you are going through right now. I am truly grateful for all that you have done on our DE&I Council. You have always gone above and beyond in everything that you have done on our committee."* I am not sure what to make of this reply, but I wanted to bring this to your attention. Please see the email PDF below.



2023-12-20 My
services to the DE&I c

In a nutshell, Dr. Rouser has utilized discriminating, harassing, bullying, and demeaning behavior against me time and again.

Lastly, I would like to mention **that in the new CBA draft, the AAUP has changed the definition of Academic Director**. Please see below. This makes me wonder, what led to this change.

3.6    "Academic Director" refers to a unit member who is the functional he~~~~ Academic ~~Support Center or~~ Program <u>that resides in an Academic Departm~</u> ~~Black Studies Program, Honors Program, Counseling Center~~.

Please note in the **'Evaluation of Chairpersons, Academic Directors, and Head Librarians'** section of this document, I provide an email response from the AAUP president back in June 2023. When I pointed out that the evaluation was not being done in accordance with the CBA, the AAUP president's response included lies about Director position in addition to containing the same elements as the change in the definition being

done now, even though CBA doesn't mention any such condition and 23.1 mentions that CBA is 'complete' agreement.

## Chairperson is not an administrator but a unit member

| | |
|---|---|
| 3. 8 | "Administration" or "Administrators" shall mean those persons employed by Delaware State University who have supervisory or managerial responsibilities and who are not unit members. |
| 4.1 | All full-time voting faculty members as defined by Delaware State University, including Departmental Chairpersons and Academic Directors. |

Clause 3.8 explicitly categorizes individuals with supervisory or managerial responsibilities as "Administration" or "Administrators," roles represented by positions such as a Dean or Associate Dean. This clause additionally states supervisory or managerial role cannot be taken up by unit members.

Clause 4.1 identifies the Department Chair as a unit member.

This categorization clearly establishes that the Department Chair does not hold supervisory or managerial status over the either the faculty or the Academic Director.

Clause 23.1.1 underscores the totality of the CBA agreement, indicating that the CBA supersedes any prior agreements, customs, or practices and is "fully integrated". This implies that unless the CBA explicitly states otherwise, the Department Chair does not possess supervisory or managerial responsibilities.

## New Faculty Hiring Process

| | |
|---|---|
| 7.4.1 | The personnel needs of each Department shall be reviewed by the Department at least once a year. The review shall take into consideration University and departmental long-range goals, projected enrollments in the Department, curriculum requirements and the number of sections needed. Normally, such review and requests shall occur in conjunction with Departmental budget requests. **Requests to fill a vacancy shall be submitted to the appropriate Academic Dean/Director who reviews and approves the Departmental request and forwards it to the Provost/Vice President.** |
| 7.4.3 | Once the Provost/Vice President "certifies" that a faculty position is to be filled, **the Department Personnel Committee shall determine the basic qualifications for each position to be filled including academic credentials and experience in the appropriate discipline.** The Department Personnel Committee shall then forward its recommendation to the Department Chair. **The Department Chair shall forward the recommendation of the Department Personnel Committee, along with his/her own, if different, to the appropriate Academic Dean/Director who may modify the required basic qualifications in his/her discretion.** In addition, a Request for Personnel Form along with the appropriate EEO Forms must be submitted. **If the department's recommendation as to the basic qualifications for the position is approved by the appropriate Academic Dean/Director, he/she shall recommend approval to the Provost/Vice President.** If the Academic Dean /Director's recommendation is approved by the Provost/Vice President, he/she shall recommend |

|  | approval to Human Resources who shall post the position in appropriate professional journals and local and regional newspapers. **Applications are sent to the appropriate Academic Dean/Director or the Department who will screen the applicants and select candidates to be invited for a personal interview,** subject ot budget limitations |
|---|---|
| 7.4.4 | When candidates are invited to the campus, Department members shall be informed and arrangements shall be made for the candidate to meet as many Department members as possible. **Candidates shall be interviewed by the Personnel Committee members, the Chairperson of the Department or his/her designee, the appropriate Academic Dean/Director.** |
| 7.4.5 | In the event that the search is for a Department Chairperson, the appropriate Academic Dean/Director shall appoint a search committee. Normally, members of the affected Department shall constitute a majority of the search committee. Under no circumstances shall the personal interview process be omitted in the search for a Department Chairperson. **The Department Chairperson shall then forward the Department's recommendations, along with his/her own with the candidates listed in rank order, to the appropriate Academic Dean/Director.** |
| 7.4.8 | In the case of candidates for the position of Department Chairperson, after interviews have been completed, the Academic Dean/Director and the Departmental Personnel Committee shall poll members of the Department who participated in the interview and others who have reviewed the candidates' credentials. The Academic Dean/Director shall then forward the Department's recommendation, with the candidates listed in rank order, to the Provost/Vice President. The Department's recommendations shall include the credentials of the preferred candidate(s), other supporting documents, reasons supporting the choice of the candidate(s), and recommended rank and salary range. |
| 7.4.10 | The appropriate Academic Dean/Director shall review the Department recommendation and shall support a well-documented recommendation except for substantial reasons that shall not be arbitrary. **If the appropriate Academic Dean/Director recommends a candidate other than one recommended by the Department and, if the Department requests it, he/she shall meet with the Department to discuss his/her decision.** If the Department and the appropriate Academic Dean/Director cannot come to agreement on a suitable candidate, both parties may appeal to the Provost/Vice President. |
| 7.4.15 | If a new Department is being created, the appropriate Academic Dean/Director shall appoint an ad hoc search committee consisting of five (5) members of the faculty from related or other disciplines to act in lieu of the Department Personnel Committee. The ad hoc committee shall follow the procedures set forth above. |
| 7.4.16 | The above procedures shall also be followed in the appointment of auxiliary faculty and shall also apply to adjunct or part-time appointments of individuals to teach credit courses in the Division of Continuing Education. Nominees for such adjunct appointments may come from many sources including, but not limited to, the Department faculty, the Department Chairperson, the appropriate Academic Dean/Director, the Director of Continuing Education, and the Provost/Vice President. However, such nominees shall be considered by the |

| | |
|---|---|
| | Chairperson and members of the Department before a Department recommendation is forwarded to the Provost/Vice President. |
| 7.4.17 | The parties hereto recognize that resignation beyond the usual dates of notification, withdrawals of candidates prior to the start of classes, and the need to appoint new unit members because of unforeseen enrollments, and other such circumstances induce hardships for both the University and the Department.  In such cases, the procedures described herein may be modified according to the circumstances.  **In any event, members of the Department and the Department Chairperson or his/her designee shall either meet with candidates and/or review credentials; and the Department shall be responsible for conveying a recommendation to the appropriate Academic Dean/Director as promptly as circumstances permit.** |
| 7.5.3 | The Provost/Vice President or his/her designee shall review the recommendation of the Department Chairperson, Dean, Academic Director or Head Librarian and support a favorable recommendation except for substantial reasons that shall be in writing and shall not be arbitrary.  **All recommendations from departments shall be routed through an appropriate Dean or Administrator who shall include his or her own independent recommendation with that of the Chairperson, Academic Director, or Head Librarian upon submitting the recommendation to the Provost/Vice President.** |
| 8.10.6 | In addition to the Departmental Personnel Committee's recommendations, Departmental peers who have chosen to evaluate a candidate or who have been requested by the Chairperson to evaluate a candidate or other peers who may have been requested to evaluate the candidate shall submit their **signed recommendations to the Chairperson or Academic Director** |

**Education Graduate Program New Faculty Selection 2023**

After two years of my repeated requests, interviews for the selection of new faculty positions in the Education Graduate Program finally started in January 2023. I served on the selection committee during the interview process, along with other faculty members. It is important to note that I have never been permitted to participate in the faculty hiring process for the program as outlined by the CBA for the Academic Director.

Despite the CBA's stipulation that the Department Chair should not be involved in the selection committee's interview process, Dr. Rouser intervened and halted the selection process because she disapproved of the candidates selected by the committee, which comprised experienced professors. She preferred candidates of her choosing for the Education Graduate Program, despite lacking familiarity with it. Meanwhile, I and other graduate faculty members on the selection committee had thoroughly reviewed the applications and conducted full interviews.

**Dr. Rouser's justifications that resulted in the halting of the selection process were lies, as she was misleading the committee members about the accreditation requirements in context of faculty.** Since I had obtained national accreditation for the Education Graduate Program previously in 2019, I was aware of its requirements and conveyed the same to Dr. Rouser. However, she never accepted the facts and simply twisted words. This is a pattern of behavior that Dr. Rouser consistently displays; despite being uninformed about the program and its workings, she resorts to falsehoods to support her arguments. This issue caused significant concern among faculty members, as evidenced in emails (please see some below).



2023-03-10
Email_from Faculty - D

2023-03-09 Email
from Faculty - Dr Rous

When the matter was escalated to the interim Dean in March 2023, Dr. Osei, he refused to listen and give attention to anything I had to say or show him concerning this matter. Instead, the Dean organized a meeting with the committee members and the Chair and stated that the Chair has the discretion to halt the interview process as she sees fit because Dr. Rouser is an administrator. Other faculty members voiced that this went against the CBA, however, the Dean refused to admit it (please see clip below).



2023-10-25_12-28-15
_V1.mp3

I would like to note that this reflects a trend among administrators at DSU, who are not required to read the CBA, often disregard it, and rely on second-hand information.

With involvement of HR, it was decided to move the hiring process ahead for 3 of the 4 positions for the Education Graduate Programs, based on the selection committee recommendations that were sent to Dr. Rouser in February 2023 itself, while the 4th position, selection committee decided to hold the interviews again and event that consisted of Dr. Rouser's interference and hence had to be rescheduled a total of three times. Nevertheless, even for the 4th position, the committee forwarded candidate recommendations to Dr. Rouser by the end of June 2023.

**I would like to highlight that From February 2023 and August 2023 i.e. over 6 months the hiring process of 3/4 positions were deliberately stalled by Dr. Rouser even though she had received recommendation in February 2023.** This is because, It resulted in a lack of support for the Education Graduate Program, all the while the student strength in the program was at an all-time high in 2023 (between 300-400 active graduate students).

Whenever I inquired about updates on the selection process, Dr. Rouser would initially claim it was ongoing, but later, starting in June 2023, she started claiming that due to budget constraints, new faculty hiring might be postponed to the next year.

This justification was revealed to be a lie (recurring pattern) in an HR meeting in August 2023, where it was clearly mentioned by the senior HR leadership that there were no such budgetary constraints for these positions.

The deliberate stalling of the hiring process was further solidified when, soon after this HR meeting, the selection process was immediately moved forward by Dr. Rouser and the Dean and sent to HR for onboarding, **all within a week.**

**This was clearly a strategy by Dr. Rouser to harass me and impact the program, by artificially creating a dearth of resources to increase my workload, to intentionally undermine my work and impact my mental and physical health adversely.**

**Only a person who harbors animosity towards someone does that. The question to be asked is, why does Dr. Rouser harbor such animosity towards me when I have never done anything to wrong her?**

**Re: Recent Middle Level Education New Faculty Selection**

Since I'm still a member of the Personnel Committee, we were recently involved in the ongoing selection procedure for new faculty in middle-level education. Given the fiasco that happened with the faculty selection in the Education Graduate Program, I maintained a hands-off approach in this particular faculty selection procedure

To develop the interview questions, the Selection Committee agreed that two to three individuals from the committee would work on this task. **One of the members assigned to develop the interview questions brought to my attention that, in a recent exchange of communication among the committee members regarding the interview questions, Dr. Crystal Timmons, who is a close friend of Dr. Rouser included Ms. Sabrina Bailey, another favorite of Dr. Rouser.**

Sabrina Bailey is not a member of the Personnel Committee, so the committee member who sent me the email was **highlighting that a non-selection committee member was also shared the interview questions.** This is a **serious breach of the confidentiality of the Personnel Committee,** as well as demeaning to the experience of the committee members, and **clearly against the CBA.** Please see PDF below.



illegal Sharing of
Faculty Selection Qs w

**Perhaps the reason this was shared with Sabrina Bailey is that whenever Dr. Rouser is away from her position, she assigns Sabrina Bailey to perform tasks of the Chair.** So, in this scenario it was perhaps to obtain the interview questions for Dr. Rouser.

Apart from the above-mentioned issue regarding the **breach of the interview process and committee authority,** this also **compromises the interview process and potentially leaks the interview questions to the candidate Dr. Rouser prefers.**

## Evaluation of Chairpersons, Academic Directors, and Head Librarians

| | |
|---|---|
| | |
| 11.3.5.1 | Chairpersons, Academic Directors, and Head Librarians shall be subject to all of the procedures to be followed for all unit members in matters of recommendation or non-recommendation for promotion, tenure, reappointment, merit increases, or other personnel decisions; **however, in the case of a Chairperson, Academic Director, and Head Librarian, the appropriate Academic Dean or designee shall perform the evaluation duties of a Chairperson, Academic Director, and Head Librarian, and peer evaluations shall be submitted directly to the appropriate Vice President.** |

I only became aware of a specific clause in our Collective Bargaining Agreement (CBA) this year. Before that, I had no idea it even existed, and it seems many other clauses in the CBA are also overlooked. My attention was drawn to this issue in June 2023, when I started receiving emails from Dr. Rouser about a new software called "Performance Pro," introduced by HR for performance evaluations. Since we had never used new software for evaluations before, and none of my colleagues and faculty had been informed about this change either. **Not only that but the evaluation criteria that the CBA specifies was nowhere to be found in the evaluation rubric of this software.**



2023-06-21 -
Emails_Documents Pe

Dr. Rouser informed me that she will be evaluating me as my supervisor and given Dr. Rouser had given me incorrect evaluation scores last time the evaluation happened, which I had to get it corrected from her (please see pdf below, that also contains comments), I suspected potentially abusive evaluation system.



2021-05-23
Comments on incorre



2021-05-26 Dr
Rouser Corrected eva

So, I reached out to our CBA representative for clarification. Initially, they seemed unsure about how to respond. When I expressed my concerns to the CBA president, Indicate Davidson, particularly about the deviation from the CBA and why my evaluation wasn't being conducted by my team, her response was unexpected. She implied that if the chair had conducted my evaluations in previous years, it should continue in the same manner, suggesting that if the CBA hadn't been properly followed before, it was acceptable to continue those incorrect practices. This left me feeling even more uneasy about the whole situation.



2023 (06-22 to 07-17)
CBA President approv

Receiving this answer, I had completed the performance pro evaluation using the performance pro software. Dr. Rouser has also completed this performance pro evaluation, designating herself as the supervisor. I have not seen this evaluation by Dr. Rouser as of now, so I have not certain what is written by her in there.

The above answer from the AAUP president (containing confusing statements regarding Director), I feel that my responsibilities as an Academic Director have been significantly reduced without proper notification, which is concerning in light of 17.4.1 (pasted below)

"Recognizing that certain faculty members have been hired under non-standard contracts preceding this Agreement, the parties agree to address each of these cases individually, to determine salary revisions and status in or out of the bargaining unit on an individual basis.  These salary revisions shall be agreed to by the AAUP Executive Committee and the Board of Trustees in a binding codicil that will have the same force of this Agreement but which will not be published as a part of this Agreement due to the required privacy of individual personnel issues. All individuals affected by such a codicil will, however, be individually informed of such proposed changes prior to the ratification of this Agreement, with the AAUP to verify that all such individuals have been notified."

When I was appointed in 2016, my role encompassed overseeing all graduate programs within the college, including attending high-level meetings with the Dean and managing coordinators from various departments. Please see pdf

However, after recent structural changes in the college, my role has been diminished. I no longer have direct access to the Dean and have been excluded from key college leadership meetings that now only involve Chairs and Deans.

## CBA related - AAUP President and Vice-President are compromised

My experience with the AAUP leadership at DSU has led me to believe they are compromised, seemingly working for the DSU administration's interests. This is based not only on my experiences during my performance evaluation with the AAUP representative but also because of the removal from director position incident. When I approached the AAUP president via email questioning the lack of due process, as the director is a unit member, I received no response. This silence, coupled with the contents of a memo from the Dean on December 18th, makes me fairly certain that the AAUP president and vice president were involved in writing it too. When I approached the vice-president Lori Crawford regarding the unfair and unjust assignment of courses, I did bring the director matter and her response was in a nutshell, Dean can do whatever they want. Kindly refer to the Workload Section in this document to listen to this audio. Moreover, their responses and passive stance in allowing the Dean to assign undergraduate courses, despite knowing about the Dean and Rouser's attempts to humiliate, discriminate, and bully me, only strengthen my belief that AAUP leadership at DSU is working for the administration and are trying to scam the faculty that they are supposed to represent.

My experiences with AAUP leadership is echoed in the AAUP secretary resignation email provided below, where they indicate that they are resigning because *"AAUP DSU Chapter is not acting on behalf of DSU faculty"* and *"current AAUP Executive Committee is not promoting the welfare of DSU faculty."*



2023-10-03 AAUP
Secretary Email - DSU

The AAUP president and vice president have not only misrepresented CBA information, as indicated in the performance evaluation incident with me but are also wrongly insisting that the Department Chair is an administrator. The CBA clearly states otherwise. In the CBA negotiations emails communications with the DSU faculty (provided below), they claimed that,

*"Chair (they) are considered administrators and not unit members except in case of suspension or dismissal."*

Whereas the actual clause from the CBA (19.3) state

*"While serving as Department Chairperson, the faculty member shall be considered as an administrator and not as a unit member for all purposes of discipline except in cases wherein the University is pursuing suspension or discharge."*



2023-10-20 CBA
president and Vice lie

Please note that those two statements have completely different meanings. What the AAUP reps are saying falsely makes the Chair an administrator, but not for discipline, whereas the actual clause states that the Chair is an administrator for all purposes of discipline only and otherwise, the Chair is a unit member based on CBA 4.1 and 3.8. Kindly, also note the forcing a narrative of terms like "quasi-administrator".

Here is the full AAUP CBA negotiation email thread with the faculty at DSU, and you will see how much the faculty is against the idea of the Chair as an administrator and other similar policies, including significant

inequality in pay between faculty and administrators. Yet, AAUP reps remain insistent and force the narrative of the administration on the people (faculty) they are supposed to fight for.



2023-12-19 Tensions
in the CBA Negotiatio

The administration, as shown in a document below sent by the AAUP president in Fall 2022, is pushing to make the Chair an administrator.



2022-12-19 AAUP
Update Letter.pdf

It's important to note that the Department Chair is not mentioned as a 'head' in the CBA, whereas the Academic Director is referred to as a 'Functional Head' in Article 3.6. The Chair isn't described as a supervisor or manager either, so the administration's insistence on making them an administrator is baffling that is in contrast to the treatment I received for my significant hard work.

I believe this has much to do with DSU Online. With declining profitability and admissions in face-to-face courses, the administration saw the success of the online EdD and Med programs I ran, which I transitioned online in March 2020. These programs were highly profitable, bringing in significant revenue. Based on my approximation I ran the online programs at 85% - 90% profit margin, with multimillions in revenue coming to the university every year, specially in 2021, 2022 and 2023. The administration's focus on redefining Department Chairs as administrators in the new CBA seems aimed at slowly phasing out tenured faculty and shifting DSU entirely online. By categorizing "department chairs" as administrators, they could maintain a semblance of academic credibility while also having the flexibility to remove any faculty they wish, based on arbitrary interpretations of CBA clauses, as they did in my case.

I remember one of the meetings of the AAUP with faculty that happened in Spring 2023. A faculty member asked AAUP reps why the strength of the AAUP membership is not growing and why AAUP reps are not able to reach out to the faculty who are not AAUP members at DSU via bulk/mass emails. To this, Adenike Davidson said that they don't have the emails of the faculty at DSU, and HR won't give them the emails. I would like to note that Adenike Davidson (also a faculty member) could have easily accessed the faculty emails from the DSU website without the need of HR. However, I don't find this answer surprising now, given that the AAUP leadership's behind-the-scenes alignment with administration goals means they deliberately wouldn't want to increase the AAUP membership.

## Salary

| | |
|---|---|
| 17.1.1 | The salary minima for nine month appointments shall be: Professor = $90,000 and Associate Professor = $75,000 |
| 17.1.2 | The minima for 12-month appointments shall be twenty percent (20%) percent greater than the 9-month figure. |

| | |
|---|---|
| 17.2.1 | The salary minima for all Associate Professors on a nine (9) month appointment shall be $75,000. Beginning in FY 2017 the University shall, over the course of three years, raise the salaries of all Associate Professors to that minimum plus any increases recommended by the legislature and approved by the Governor. All Associate Professors already making above $75,000 shall, during the next three years, **receive a raise of 3% plus any increases recommended by the legislature and approved by the Governor**, with the exception that no Associate Professor already making $100,000 shall receive a raise of more than $3,000 in addition to increases recommended by the legislature and approved by the Governor. |
| 17.1.3 | The minima for 12-month appointments for Department Chairpersons shall be thirty three percent (33% greater than the 9-month figure). |
| 17.9.2 | Unit members who receive stipends for extra duties, i.e., Chairperson of a Department, shall, upon resignation or termination of extra duties, lose that stipend and receive the appropriate salary including accumulated increases and increments they would be receiving had they not accepted the extra stipend. Such stipends shall not be considered part of the base salary. |
| 12.2.7.1 (Department Chair's responsibilities) | To arrange course schedules and offerings in consultation with the faculty and according to the procedures set forth in this Agreement." (F) "To develop programs of study, course offerings, curriculum, and other academic policies in conjunction with the appropriate Department and Senate committees." (G) "To review current offerings and syllabi, textbooks, and other instructional material in conjunction with the appropriate Department committee." (H) "To develop and implement a system of advisement for majors." (J) "To maintain Department records, including student records." (K) "To exercise academic leadership in the teaching, research..." (S) "To administer graduate programs (if applicable) within the Department. |
| 19.2.10 (ARTICLE 19 is 'Governance') | All references in this article to Department Chairpersons shall also apply to Academic Directors and the Head Librarian. |
| 4.4 | The University shall not deliberately attempt to reduce the bargaining unit by arbitrary changes in titles or by the creation of new classifications. |
| 12.2.1.2 | Teaching faculty members who receive twelve (12) month contracts are expected to teach six (6) credit hours or its equivalent during the summer." |
| 17.7.1 | During the period of this Agreement, Department Chairpersons shall receive a teaching load reduction of at least six (6) hours per semester. |
| 17.10.1 | Compensation for teaching non-credit courses or unusual non-instructional activities and services, where such services are not considered part of the member's basic load, normal faculty responsibility, or other activities covered elsewhere in this Agreement, shall be by special contract arrangements between the unit member and the University. The Association shall be notified of the details of any such special contract arrangement |
| 17.11.1 | In the event that the University wishes to make salary or fringe benefit adjustments which are more favorable than those called for in the Agreement to any individual member of the bargaining unit for purposes including, but not limited to, matching a bona fide offer from a rival institution, the University may do so. The Association will be informed of such action immediately. |

| 17.12.1 | The University may award bonuses to any unit member for reaching or exceeding goals in improving student success in categories including, but not limited to, student retention, graduation, internships, and job placement. The Association will be informed of such action immediately. |
| --- | --- |

As a professor, minimum salary is $90,000 for 9-month appointments.

However, under the terms of my Director's agreement, dated February 2016 but effective from July 11, 2015, it is specified that I am a 12-month faculty member, a fact also confirmed by the CBA representative in an email (see evaluation section).

Currently, my salary of around $97,500 seems to be structured as follows:

- $90,000 base
- $5,000 per year fixed stipend for serving as Director.
- $2500 merit pay increase given by university due to my performance

$5,000 is the fixed annual stipend I have received since my appointment as a Director in 2015. Despite my repeated requests for an increase in the stipend, given the growth of the program I have led since 2015, it has been denied, and the stipend remains unchanged. Regarding additional compensation, I have requested the Dean and the chair, Dr. Rouser, many times over the last three years, since 2020, and each time I receive a response that they are unable to do so. Consequently, on just a mere $5,000 stipend, which has remained the same since 2014, I have had to manage the significant workload of overseeing 300 to 400 students without any support system. I have reached out to the HR with the stipend issue too, back in September 2023. I am sharing the PDF I sent here that details the stiped issues. However, I never obtained any feedback or resolution regarding this. Dr. Rathee appointment as Director (After national search) was effective retroactively from July 11, 2015 (preceding the current CBA) in the CHESS. Given intense growth of the Education Graduate Program over the last few years without corresponding increase in support personnel, Dr. Rathee pay increase can be considered under salary revision provision provided by this CBA clause.



2023-09-14 Stipend
Issues shared with Par

Yet, not only are other coordinators paid a significant stipend from Title 3, but I also receive none from it. I have a recording from a meeting with the Dean and Dr. Rouser where they decided to pay Dr. Sasso a stipend equal to that of the Director, highlighting how minimal such a stipend is just for the summer session. Dr. Rouser has never expressed the same consideration for my stipend. I would like to mention here that on multiple occasions, Dr. Rouser considers the Director at the same level as a coordinator. Please see the video and HR email below for more information.

Yet, **according to the 17.1.2** clause in the agreement, my compensation, considering the roles of both Director and Professor, should have been at least 20% more than the $90,000 base salary, which would amount to $108,000. **This has been not the case.**

**Also, 3% raise as indicated in 17.2.1 is also something, I have not received.** I do remember in one of the AAUP meetings this was brought up by a faculty and AAUP president responded by saying something along the lines that it was administration's choice to give it or not and so they choose not to give it. Though this response doesn't make sense, but I never took 3% increase matter further. Please see pdf.

The Chair receives a 33% raise in minimum salary. **Why hasn't the Director been given a similar 33% compensation when the responsibilities outlined in 12.2.7.1 are carried out by the Director for the Education Graduate Programs?** Section 19.2.10 sets the equivalence of the governance roles of Chair and Director.

It is noteworthy that **most duties assigned in 12.2.7.1 are not performed by Dr. Rouser.** Instead, she assigns or dumps them on the coordinators, who are exclusively selected by her. The CBA doesn't have provisions (4.4) that permit the Chair to delegate their duties to program coordinators, especially when they are receiving a 33% higher salary than regular faculty. So why is it being allowed by the university and the CBA representatives that Dr. Rouser forgoes her Chair responsibilities onto the coordinators?

Dr. Rouser has previously assigned roles of coordinator for a stipend of $2,800 per year, without any contract (please see pdf)

17.1.3 indicates that the minimum salary of the Chairperson (12-month) would be 33% greater than the 9-month salary. Hence, it is unclear if 17.9.2 is referring to a stipend separately or it is referring to the 33%.

Since I am doing the duties given in 12.2.7.1 shouldn't I also have been compensated via a stipend, similar to 33% additional compensation, in a similar fashion to the department chairperson. At least 17.1.2 should have been applied (20% greater than the 9-month). However, I have not received any such additional income. **Yet, I have been constantly expected to take on extra workload, regardless.**

With regards to CBA 12.2.1.2, Dr. Rouser has never taught a class worth 6 credits in the summer; I am not sure what she is using as an equivalent. Infact, I accidentally received the ——— excel sheet

I used to get this as the academic director, however, this year, I have become unsure. As one of Dr. Rouser's secretary accidently put in an email that contained the spreadsheet detailing the stipends and workload of everyone. There are significant issues in the excel sheet. I have highlighted the relevant positions. The reason for the doubt is that Dr. Rouser instead of awarding me the 6 credits similar to how I used to receive before, she adjusted it approximately 7 credits so that total comes to 12 credits only, and I cannot receive overload. Please note, this is similar to the coordinators. Again Dr. Rouser considers Director equivalent to coordinators. It is funny to me that I alone manage the program of 400 students and I get equivalency of 7 credits??

Additional I am noting the discrepancies in the workload and stipends of people that are friends of Dr. Rouser. Please see below.

I would like to highlight here that according to the CBA 12.2.2.7.1 that lists the responsibilities of the chairperson, I had done all these responsibilities for my program without any coordinator or support system, in contrast, Dr. Rouser has employed coordinators, which are not part of the CBA, to do these functions for her; she employs them as she wishes. I do the same functions, yet I am not afforded such opportunities. The first time I receive full-time coordinators, Dr. Rouser tries to remove me from the program as quickly as possible.

Exhibit 8

Re: Re dissertation Defense of a student

Emily A. Williams <eawilliams@desu.edu>
Mon 11/20/2023 1:26 PM
To:Nirmaljit K. Rathee <nrathee@desu.edu>
Cc:Shelley Rouser <srouser@desu.edu>

Dear Dr. Rathee:

While I thank you for your email, please stop communicating with students while you are on leave. This is only serving to confuse processes that are in place during your leave. Make sure to let any communications that come through email rest with your out of office message which informs persons what email to respond to for assistance.

As for telephone calls, you have to let students know they are to contact Dr. Rouser. She serves now to direct and appoint other faculty as necessary to handle responsibilities relating to your position while you are away.

Once again, I appreciate your reaching out, yet I ask you to abide by the requests put in place by HR for you not to communicate directly with students, faculty, and staff while you are on administrative leave.

I seek your cooperation. [Dr. Rouser is copied on this email.]

Sincerely,

Dr. Emily Williams
Vice Provost for Academic Affairs
Delaware State University
**E:** eawilliams@desu.edu I **O:** 302.857.6100 I **F:** 302.857.7410
1200 N. DuPont Highway, Dover, DE 19901 I desu.edu

 

It All Matters.

---

**From:** Nirmaljit K. Rathee <nrathee@desu.edu>
**Sent:** Monday, November 20, 2023 12:21 PM
**To:** Emily A. Williams <eawilliams@desu.edu>
**Cc:** treecy_04@yahoo.com <treecy_04@yahoo.com>
**Subject:** Re dissertation Defense of a student

Good morning, dear Dr. Williams.

I am reaching out to you regarding the dissertation defense of Ms. Petrece Haughton, which was scheduled for today. As I couldn't communicate with her, she is not feeling comfortable proceeding with her defense today and would like it to be rescheduled for November 27 at 4:30 PM EST. Additionally, I request that you kindly authorize either Dr. Yvette Pierre or Dr. Justin Alexander to act on my behalf to ensure the necessary arrangements are made.

I have copied the student on this email so that she is aware of the progress.

Sincere regards,

*N. K. Rathee*

Dr. N. K. Rathee
Professor of Education &
Academic Director, Education Graduate Programs
Delaware State University, EH 112
☎ 302-367-8949
✉ nrathee@desu.edu



FOUNDED 1891