# Exhibit 9

Re Education Graduate Program: Misinformation and Unauthorized Changes - A request for the meeting

Nirmaljit K. Rathee <nrathee@desu.edu>

Fri 12/15/2023 1:20 PM

To:Emily A. Williams <eawilliams@desu.edu>
Cc:Marquita Thomas Brown <mthomasbrown@desu.edu>

Good afternoon, dear Dr. Williams,
I trust you are doing great and that you are having a wonderful day.

I am writing this email to you with great pain in my heart due to the recent happenings.

I would like to inform you about a rumor being circulated among the students that I have resigned due to illness and that another person has taken over my position. Below is the link to the message I received regarding this matter.

https://drive.google.com/file/d/1gJYsAZjroRLr9jMuDbDYk3_UZgVGLtVo/view?usp=sharing

This is not an isolated event. Students and faculty have conveyed that they have been repeatedly informed that I will not be returning as the director of the program. I've heard that whenever students or faculty ask about this, Dr. Rouser tells them that this is an HR matter.

1. **Immediate actions by Dr. Rouser and Dr. Sasso during my Leave:** As soon as I was put on administrative leave, Dr. Rouser, in collaboration with Dr. Sasso, started implementing significant changes to the program. These changes included program scheduling, operational aspects & working procedures. Below, I am briefly providing the changes by Dr. Rouser and Dr. Sasso within one month of my leave, which included the Thanksgiving holidays and weekends.

    a. **Reassignment of Adjunct Faculty and Course Schedule Disruptions**: There was a major reassignment of adjunct faculty and a disruption of the course schedule.

    b. **Emails to faculty and students**: Blatant emails are being sent to faculty and students, indicating a change of charge of the program. This made the students confused and restless.

    c. **Blatant unapproved changes**: Emails were sent to students and faculty about future program changes without any prior discussion and approval from the faculty and Director. Unwarranted changes are being hurriedly made to dismantle or completely alter the structure of the program without realizing that it has been built after a decade of my and the all graduate faculty's hard work, and its validity has been established by the unconditional approval of the program by the CAEP, Middle States, SPA, DDEO Quality Assurance. Due to shortsightedness or lack of experience, if any major changes are made, we will risk losing that accreditation/approval.

    d. **Removal from Student Research Chair Position**: I was removed from my position as the chair of student research committees.

    e. **My removal from Spring 2024 courses**: I have been removed by Dr. Sasso and Dr. Rouser from the course that I was going to teach in Spring 2024, and now it is assigned to Dr. Sasso.

f. **Spreading of False Information and Defamation:** Lies about me were told to faculty during the department meetings and through emails.

g. **'Meet and Greet' Event, Email Exclusions & Backdoor Actions:** An email about a 'Meet and Greet' event was sent to all adjunct faculty, excluding regular faculty, which I found peculiar. During the 'Meet & Greet,' Dr. Sasso informed the adjunct faculty about how he would be making many changes to the program. I was never informed about this event. Such significant actions were taken without the necessary discretion of the Program Director.

h. Another "Meet & Greet" is being planned for the evening of Monday, Dec. 18, without any discussion or involvement of the existing experienced faculty.

2. **Potential Motives Behind these actions:** It should be noted that altering the program while I am on leave appears illogical unless there is an underlying assumption that I won't be coming back. It begs the question, why do Dr. Rouser and Dr. Sasso hold such beliefs?

These actions taken during my administrative leave aimed at undermining my position and career at the university violated the university's civility standards, and involved spreading misinformation. These actions seem planned to block my return and usurp my role, representing a significant breach of conduct and disrespect for my 15 years of service. Moreover, these actions align with an audio message implying my disassociation from the program.

I believe this situation warrants your immediate intervention to prevent further damage to my name and program reputation.

Given the above facts and current unplanned changes, I am humbly requesting that it would be great if I could meet with you before the meeting with Dr. Rouser so that accurate information can be shared. This is also important, as Dr. Rouser had many opportunities to interact with you during my absence to present her side, but I never could get such an opportunity.

Wishing you a great day,



Dr. N. K. Rathee
Professor of Education &
Academic Director, Education Graduate Programs
Delaware State University, EH 112
☎ 302-367-8949
✉ nrathee@desu.edu

# Exhibit 10



**DELAWARE STATE UNIVERSITY**

OFFICE OF HUMAN RESOURCES

December 15, 2023

**<u>Via Email: nrathee@desu.edu</u>**
Nirmaljit Rathee, Ph.D.
Delaware State University
1200 No. DuPont Highway
Dover, DE 199019

Dear Dr. Rathee:

On November 7, 2023, you were placed on Paid Administrative Leave pending an investigation of allegations of official misconduct. The Office of Title IX has concluded its investigation. Effective Monday, December 18, 2023 you are cleared to return to work. Please contact Dr. Emily Williams to discuss the details of your return.

On behalf of the administration, I wish you much success in your return to Delaware State University.

Sincerely,

Pamela Mosley Gresham, J.D.
Executive Director of Labor Relations
Chair of the Diversity, Equity, and Inclusion Council
Office of Human Resources

cc:     Irene C. Hawkins, Ed.D., Executive Vice President
        Francine Toliver Edwards Ph.D., Deputy Chief Administrative Officer
        Emily Williams, Ph.D., Vice Provost of Academic Affairs
        James Overton, Chief, University Campus Police
        File

1200 NORTH DUPONT HIGHWAY • DOVER, DELAWARE 19901-2277 • (302) 857-6261 • FAX (302) 857-6264

Delaware State University is an equal opportunity employer and does not discriminate because of race, creed, national or ethnic origin, sex or disability.

Exhibit 11

## My humble request to rescind the decision

Nirmaljit K. Rathee <nrathee@desu.edu>

Mon 12/18/2023 2:54 PM

To:Emily A. Williams <eawilliams@desu.edu>
Cc:Saundra F. Delauder <SFDelauder@desu.edu>;Irene Chapman-Hawkins <ihawkins@desu.edu>

📎 2 attachments (685 KB)
Kemisha Complaint against Dr Brown.pdf; OneDrive_Folders_Shared.png;

Good afternoon, Dear Dr. Williams,

It was a very painful, sad moment to receive the letter from you removing me from the position of Director after my earnest loyalty to the university.

If I could have been afforded an opportunity to be heard, I could have placed the true facts before you. I respectfully request a reconsideration of this decision in light of the following information, particularly concerning the plagiarism allegations raised by Dr. Rouser.

### Process timeline of Ms. Kemisha's/Plagiarism case

I have provided below a detailed timeline to illustrate the procedural adherence and due diligence exercised under my leadership:

1. On July 11, 2023, Dr. Justin Alexander, Chair of Ms. Kemisha's Dissertation Committee, confirmed her readiness for the proposal presentation scheduled for July 18 and circulated the proposal among the Committee Members.

2. As a director of the program, I found out about the plagiarism issues in Ms. Kemisha's proposal, and I talked with Dr. Justin Alexander.

3. Meanwhile, on July 18, 2023 - Dr. Alexander announced Dr. Brown's addition as a committee member.

4. July 18, 2023 - Given the plagiarism concerns, no outcome was declared by the committee.

5. As a director, I met with the student and the committee members to ascertain the situation. During the meeting held on August 14, the committee thoroughly discussed the matter to uphold the rigorous standard of the program and to ensure a constructive path forward for the student; it was decided and approved unanimously to craft a comprehensive Developmental Plan to implement. The plan was shared on August 16, authorizing the committee chair, Dr. Alexander, **to share and work** with Ms. Kemisha.

   a. In the memo, it is mentioned on page 1, in the last line, that "Another committee member informed Dr. Rouser while the student was not informed until Dr. Rouser did so." **This is a blatantly false statement by Dr. Rouser, as the student was already informed by me as well as by the committee chair in July-August of 2023,** and the student asked for pardon and had started working on developing her new research proposal.

6. Dr. Sonia Sedegui was appointed as an external advisor to ensure that the student's scholarly submission adheres to and exemplifies the stringent standards of originality. Regrettably, Dr. Sedegui neither contacted the student nor submitted any progress report. Concerningly, despite these omissions, Dr. Rouser appointed her to a full-time post-doc position and an adjunct faculty role, equivalent to a full-time workload. When I inquired Dr. Sedegui about her lack of engagement in this case, she initiated (on the recommendation of Dr. Rouser) a Title IX case against me, perhaps as retaliation. Please note that this case has since been dismissed.

7. Contrary to allegations, Ms. Kemisha was not allowed by me or the committee to progress beyond the proposal presentation stage, a fact that can be confirmed by the Committee Chair and Ms. Kemisha herself.

8. October 16, 2023 - Dr. Alexander has again circulated Kemisha's revised proposal for proposal presentation.

9. On November 4, 2023, Dr. Brown requested Dr. Alexander for a report from Dr. Sedegui, emphasizing her responsibility to verify the originality of the manuscript. On the same day, he sent an email to Dr. Rouser without copying me or any committee member regarding Kemisha's plagiarism issue.

10. Dr. Sedegui, when queried on November 6, acknowledged not meeting with Ms. Kemisha and has yet to submit a report. Please note that after the Nov. 5 request for a report by Dr. Brown, a false Title IX allegation was filed by Sonya Sedegui.

11. On November 7 and November 10, Ms. Kemisha sent an email complaining about Dr. Brown and requesting his removal from the committee. I have attached this email.

For over 15 years, I have diligently worked to uphold the integrity of our programs, which is why our program is thriving and nationally accredited. To suggest that I would compromise this integrity is profoundly misguided and unjust.

Hence, I do not understand why I am being punished for an issue I was dealing with as the 'Academic Director' who, according to the CBA, is the functional head of the academic program. This matter was in the midst of the resolution process when Dr. Brown reached out to Dr. Rouser to flare it up due to his personal matters with the student.

**Regarding the Data Issue,**

All necessary information resides with the CAEP Coordinator of the Department, at AIMS, on the blackboard, on the banner, and with the Graduate School. Furthermore, as Director, I have shared data through OneDrive, DropBox, and other university-provided Microsoft Suite tools with the faculty members (example snapshot attached). The challenge lies not in data availability but in the willingness to extract and utilize it effectively. Hence, this allegation against me is not true.

## My Humble Request To Kindly Rescind the Decision

I earnestly implore you to rescind the decision to remove me from my position as Program Director. Your prompt and fair reconsideration is not only appreciated but essential for upholding the principles of fairness and due process that we hold dear.

Most respectfully,



Dr. N. K. Rathee
Professor of Education &
Academic Director, Education Graduate Programs
Delaware State University, EH 112
☎ 302-367-8949
✉ nrathee@desu.edu



---

**From:** Emily A. Williams <eawilliams@desu.edu>
**Sent:** Monday, December 18, 2023 8:00 AM
**To:** Nirmaljit K. Rathee <nrathee@desu.edu>
**Cc:** Saundra F. Delauder <SFDelauder@desu.edu>; Shelley Rouser <srouser@desu.edu>; LaKresha Moultrie <lmoultrie@desu.edu>; Kenisha Ringgold <kringgold@desu.edu>; Irene Chapman-Hawkins <ihawkins@desu.edu>
**Subject:** Dr. Rathee - Return to Work Memorandum

Dear Dr. Rathee:

Please see the attached memorandum regarding your return to work following paid administrative leave.

Sincerely,

Dr. Emily Williams
Vice Provost for Academic Affairs
Delaware State University
**E:** eawilliams@desu.edu I **O:** 302.857.6100 I **F:** 302.857.7410
1200 N. DuPont Highway, Dover, DE 19901 I desu.edu

 

It All Matters.

Exhibit 12

# False allegations in the Memo issued by the College Dean to remove me from the position of Program Director

## Kemisha's matter – Plagiarism by the student.

Though the memo doesn't mention the student's name, I am certain it is Kemisha, as this was the matter over which Dr. Rouser and I were not in agreement and were discussing via email threads just before I was sent on Title IX administrative leave due to Sonya Sedegui's false allegations. This matter was not something that HR was involved with, nor was I aware or informed of any investigation that HR was conducting in this matter. Nonetheless, kindly refer to the content below which will clarify things about this matter and also clearly show that false allegations were utilized even in the memo.

Kindly note, that the sequence of events below alone directly contradicts the *"Another committee member informed Dr. Rouser while the student was not informed until Dr. Rouser did so."* statement from the Dean's Memo.

Kindly refer to the event with regards to the Kemisha's matter in the following points:

1.  In July 2023, Kemisha was at the initial stage of her research, which involved a research proposal defense. This stage is where a student proposes their research methodology and data collection plans to a committee. It is not a doctoral dissertation defense, which occurs after data collection, analysis, and the completion of the dissertation document. This distinction is crucial as it clarifies that Kemisha was at the stage of proposing research and not conducting the actual research.

2.  **Kemisha plagiarized a significant amount of literature from other articles, copying and pasting it verbatim without any references or appropriate citations.**

3.  Initially, Kemisha's plagiarism was detected by her research committee chair (Dr. Justin Alexander), me, and Dr. Kornel Brown (one of her committee members).

4.  I was in discussions with Dr. Justin Alexander, about this situation.

5.  **I then met with Kemisha regarding this issue on August 8, 2023.** She described the harassment she faced from one of the committee members, Dr. Kornel Brown, and how Dr. Kornel Brown was displeased with Dr. Alexander, Kemisha's chair. According to Kemisha, Dr. Brown seemed adamant about causing trouble for Kemisha **(Video clips from this meeting).**



| Please double click on each file and **then press "Open" to view the video** | | | |
|---|---|---|---|
| 2023-08-08 19-04-32 Kemisha Meeting-1.m | 2023-08-08 19-04-32 Kemisha Meeting-2.m | 2023-08-08 19-04-32 Kemisha Meeting-3.m | 2023-08-08 19-04-32 Kemisha Meeting-4.m |

6.  As the Director of the Graduate Program, with the approval of the Kemisha's committee members, **I arranged a meeting with the research committee members on August 14, 2023 (snapshot of the meeting provided below)**



a.

b.   Top left: Dr. Justin Alexander. Top right: Dr. N. K. Rathee. Bottom left: Dr. Kornel Brown. Bottom right: Dr. Ann Knettler.

c.   **The committee decided to draft a development plan for Kemisha, requiring her to revise and resubmit her proposal.**



2023-08-16
Committee approved

a.   The development plan was formulated in consultation with the research committee members, who are the most relevant experts regarding the research topic and, thus, the best judges of the student's work.

b.   As part of the development plan, Sonia Sedegui was assigned as an external advisor to work with Kemisha and ensure an original document was produced. Sonia Sedegui was notified about this on August 16. **Kindly note on the page 4 of this document Sonya Sedegui confirms the receipt of the developmental plan.**

c.   It is important to note that due to the plagiarism issue, Kemisha failed the research proposal stage

d.   I would like to highlight that many top-tier universities have dynamic policies regarding plagiarism cases, and not every instance results in the student being removed from the program. The maximum punishment that Yale University provides is suspension of the student in one or two semesters; Stanford University provides one-quarter suspension and 40 hours of community service. According to a report published by Hearst Newspapers, "Often, the first time a student is found guilty of plagiarism or other forms of cheating, the consequence is assignment-specific. The instructor may simply give a zero for the work. In some cases, the student may be allowed to redo a written paper or report with a reduced grade."

7.   On October 16, Dr. Alexander, Dissertation Committee chair, reached out to the committee again with the revised proposal that Kemisha had written, seeking feedback from the committee members. On November 3, 2023, Dr. Alexander reached out to the committee members again regarding setting a date for Kemisha's proposal defense (using the research proposal document), as feedback from all committee members had not been received by that point.



2023-10-16 Start of
emails from Justin sha

a.

8. As previously indicated, on November 4, 2023, Dr. Kornel Brown expressed his dissatisfaction with Kemisha's research progress in a lengthy email to the research committee members. He then requested Sonia Sedegui to submit a report on her efforts to ensure Kemisha adhered to ethical standards while resubmitting the document.



2023-11-04 Email
from Kornel Brown ex

a. Kindly note the inclusion of Dr. Sasso in this email, out of nowhere. As I had mentioned previously Dr. Sasso had significant role in changing program while I was on leave

b. Kindly note that formal Title IX complaint identifies the date of filing as Nov. 5

c. Dr. Justin Alexander informs Dr. Kornel Brown that Kemisha had failed at the proposal stage previously and is submitting the revised proposal which he himself had guided due to being Kemisha's chair. (email in next point)



2023-11-08 Email
from Justin clarifying

d.

9. As I had also informed you earlier, Sonia Sedegui neither met with Kemisha nor reached out to her (I have email evidence). Instead, following Dr. Rouser's advice, she used my husband's emails to file a Title IX complaint on Nov. 4-5, concealing her lack of action in assisting Kemisha.



2023-11-06 Sonya
Sedegui confirms she

a.

10. On November 6 and 7, I received an email from Dr. Rouser stating that one of Kemisha's committee members (Dr. Kornel Brown) had brought Kemisha's plagiarism issues to her attention.



2023-11-06 Email
thread Rouser with m

a.

b. Kindly note here that whatever email, Dr. Kornel Brown sent to Dr. Rouser, he **did not include** any research committee members, including me in that email,

11. On November 7, I informed Dr. Rouser that there had been significant harassment complaints against Dr. Kornel Brown by Kemisha. However, Dr. Rouser disregarded them as irrelevant compared to the plagiarism committed by the student.

a. I brought this to Dr. Rouser's attention because I had previously met with Kemisha (as indicated above) and because **Dr. Kornel Brown had not included anyone in the email, he sent to Dr. Rouser.**

b. Dr. Kornel Brown **seems to have submitted the original plagiarized document, instead of the revised document** that Kemisha's chair, Dr. Alexander, submitted on Oct. 16 following the committee's approved development plan.

c. Regarding the Title IX complaint, the formal complaint shows that Dr. Rouser, without any investigation or verification of the complaint's legitimacy, immediately recommended Sonia Sedegui file a Title IX complaint against me.

d. **In contrast,** when I brought to light Kemisha's harassment issue with one of her research committee members (Dr. Brown) to Dr. Rouser, she did not follow the same process to date and dismissed it as irrelevant in the context of Kemisha's plagiarism issue instead of referring to Kemisha's matter Title IX just like Sonya Sedegui.

e. **It is clear that Dr. Rouser is not concerned about university students or employees and simply weaponized both of the above incidences to target and harm me.**

12. From November 6 to November 8, Dr. Rouser persistently urged me to submit a memo regarding the student's plagiarism, citing the graduate catalog. However, the catalog does not specify that the director must provide such a memo; it suggests that any faculty member can do so. Therefore, I requested Dr. Justin Alexander to submit a memo about the student's plagiarism case. Nonetheless, Dr. Rouser adamantly instructed him not to and continued to insist that I submit the memo instead.

a. Given the CBA 3.6 statement, which identifies the academic director as the functional head of the program. Consequently, once I determined that a developmental plan, including the resubmission of the research proposal document, guided by Justin Alexander as Kemisha's chair and Sonia Sedegui as an external advisor, was sufficient, this decision was well within my rights and authority.

13. On November 8th, during a meeting with the chair and coordinators, Dr. Sasso and Dr. Alexander, Dr. Rouser raised this issue again. She very rudely insisted in front of the coordinators, who report to me, that I submit the memo. I maintained that it was not my responsibility, and neither the graduate catalog nor CBA rules required it from me.

14. On November 10, I received a Title IX complaint and was subsequently placed on administrative leave.

15. On November 10, Email received from Kemisha complaining about the behavior of Dr. Brown and requesting to remove him from her committee.

| PDF | PDF |
|---|---|
| 2023-11-10 Email From Kemisha to rem | 2023-11-07 Email from Kemisha re Korr |

16. It is also important to note that Kemisha did not pass her research proposal defense by this point. I am unaware of what if anything has happened while I was on administrative leave.

17. On December 15, I received an email from HR stating that my administrative leave would end on December 18. The letter contained allegations of 'official misconduct' with an incorrect date and failed to mention that the Title IX complaint against me had been mandatorily dismissed. Despite my request, HR **has yet to send the corrected version** of the administrative leave conclusion letter.



18. On December 18, when I was dressing up and preparing to go office and resume my duties as a director at 8:30 am, I received a memo regarding my removal from the position of Director at 8:00 am sharp. You can well imagine how devastating this news was.

## Please note what happened to the people involved.

❖ **Sonia Sedegui** filed false Title IX allegations against me. **She has been awarded** a full-time post-doctoral position in addition to her role as a student adviser. **She has been given three graduate-level courses in Spring 2024,** including the Doctoral internship, which is a crucial part of the Ed. D. degree. She has no experience supervising field experiences and little to no experience teaching graduate classes. Additionally, I loaned $7,610 to Sonia Sedegui to cover her university tuition fees so that she could graduate, which she has not returned yet. I am accruing interest on my credit card, from which the money went to her to pay for her Spring 2023 tuition fee.

❖ **No action has been taken to provide supportive measure to Kemisha** given the concern raised by her with regard to Dr. Kornel Brown.

❖ The research chair of the student, Dr. Justin Alexander, who is responsible for ensuring correct research material is produced, is still serving as the assistant professor and student support specialist, receiving additional pay. He, too, has been assigned graduate courses in Spring 2024.

❖ Rest of the Kemisha's committee members remains unaffected.

❖ **No action has been taken regarding Dr. Brown's bias and harassment towards Kemisha,** even though I have informed the university leadership and dean about it in my response to the removal memo I received on December 18. Even cognizance has not been taken of the fact that he seems to have misrepresented to Dr. Rouser citing the unrevised version of Kemisha's proposal.

  o I would like to mention here, though this is not directly related, however, **Dr. Kornel Brown had also demonstrated unprofessional behavior and abusive and threatening language towards me on multiple occasion.**

  o Since I never wanted to compromise on the program quality and standards, I was refusing to accept his unreasonable demands. Hence, he was unhappy with my presence as a Director. It seems he colluded with Dr. Rouser to conspire against me to cause maximum damage to career and reputation via plagiarism.

  o Please note the statement that is in the memo about program quality being compromised is the same sentiment that is being demonstrated in the video below.

  o **I am providing below the video recording from a recent incident demonstrating this.**



    2023-09-26
    09-04-16_V1.mp4
  o

  o Relevant time stamps of the video are provided below:

5:08, 5:17, 5:29, 5:44, 5:47, 6:27, 6:48, 7:03, 7:13, 7:28, 8:05, 8:39, 9:09, 9:19, 9:49, 9:50, 10:45, 11:11, 11:31, 11:47, 12:12, 12:34, 12:59, 13:30, 13:38, 13:48, 14:13, 14:40, 14:54, 15:12, 15:39, 15:54, 16:08, 16:27, 16:44, 17:10, 17:40, 18:46, 19:08, 20:16, 20:49, 21:04, 21:45, 23:05, 24:15, 25:00, 26:50, 27:00, 27:28, 27:43, 28:10, 28:21, 28:27, 28:36.

- o  I had reported this behavior to the concerned higher university authorities and as of yet no corrective or appropriate actions has been taken, as of yet.

❖ **Dr. Rouser** continues to break all the rules of the CBA and HR hiring policy and continues to discriminate against me in front of the university leadership. She is, in fact, protecting everyone who actually committed the wrong actions and made mistakes. Rather, she has twisted their versions to weaponize them against me and harm me. She has blatantly displayed her strong dislike of me to the Dean and Associate Dean, yet I am the only person they have harmed professionally, emotionally, and mentally. She forcefully made herself the supervisor of all the new graduate program coordinators (like Dr. Sasso) and graduate faculty, whom I had hired with great effort to get their positions approved by the authorities.

❖ **On the contrary what happened to me**: They planned a coup. During my absence, they made significant and unnecessary changes to my program, assigned faculty to graduate courses according to their preferences, spread negative rumors about me to the highest echelons of university leadership, and suggested to students, whose research I am chairing, that they remove me as their chair, despite my significant research work with these students. **The EDUC 829 graduate course, which I have taught for the last 10 years, has been taken from me. I have not been assigned any graduate courses.** Additionally, incorrect grades were entered for my EDUC 829 class in Fall 2023 without consulting or informing me. The moment my administrative leave ended on December 18, a memo based on false allegations was sent out of nowhere to remove me from the director's position without hearing me out or due process. My conversation with the associate dean reveals that Dr. Rouser harbors animosity towards me and has conveyed the same to Dean Emily Williams. She has stated that she doesn't want to interact with me, yet the Dean didn't find this discriminatory and continued the wrongful actions against me. I reached out to the senior administrators, some of whom were my students, and I helped them in their research and getting their degrees when they were in tough situations and couldn't do it themselves. It is those doctoral degrees they used to become senior administrators at Delaware State University, yet in time of need they are not even willing to lend a ear and understand the wrong doings that have been happening against me.

## Central Repository

1. Regarding the data issue, all necessary information resides with the CAEP Coordinator of the Department at AIMS, on the blackboard, on the banner, and with the Graduate School.

2. This is such a generic false allegation. I would like to mention here that similar allegations were also put on the CEO of ChatGPT, Sam Altman, by the board of directors at OpenAI to remove him from the position of CEO. However, he was brought back to the same position after a few days.

3. The challenge lies not in data availability but in the willingness to extract and utilize it effectively.

4. The creation and maintenance of a central data & information repository, AKA the main database, is a full-time role. Job titles are, for example, Database Administrator (DBA), Data Engineer, or Data Architect.

5. To maintain and run the program, one needs student information, progress, course info, and faculty info. Not only did I provide this to the Dean during the administrative leave, but it is also available on the university banner and university blackboard. For research status and form information, each faculty member can be easily accessed and reached out to. Honestly, at this point, I am certain that Dr. Rouser doesn't even know how to obtain basic information from the university banner and university blackboard.

6. For the last year, I didn't even have an office secretary, and I had to alone manage the program with 300-400 students, and all their issues. Not to mention the program coordinators, whose selection was finalized only after almost 2 years of requests.

7. This is another issue I would like to highlight with respect to Dr. Rouser, as she thwarted the selection of a secretary in my office for 1 year, performed actions to again demean me and my position, and manipulated interview scores by her secretary. Even though the secretary selection was for my office (Director's), Dr. Rouser made her secretary the selection committee chair and chose the members of the committee according to her liking (another of her secretaries and an HR friend). I was never consulted, and when I realized that all the actions of the selection committee chair were being performed by Dr. Rouser's secretary, while I was made just another committee member, I repeatedly asked Dr. Rouser who the selection committee chair was many times via email, and until now, Dr. Rouser has never answered this basic question (she clearly knows but doesn't want to say).

8. Interestingly, only when I was on administrative leave was a secretary selected for my office. Also, Dr. Rouser didn't comply with HR policy on hiring staff. I informed HR about the actions of Dr. Rouser and her non-compliance with HR, but HR didn't do anything.

9. I can expound on this matter more as and when needed, including providing evidence.

# Exhibit 13

## Table:

Comparison between the **development plan from Aug. 16, 2023**, that I had developed after the committee meeting, and the **memo from Dr. Rouser dated Dec. 18, 2023**.

The **text in red font** is the material that **Dr. Rouser directly copy-pasted from the Aug. 16 development plan into her memo.**

The **very few texts in purple** represents the **paraphrasing done by Dr. Rouser to hide the plagiarism she is committing by copying content from the Aug. 16, 2023, development plan** that I had developed.

| Section | Aug. 16, 2023 (Development Plan Approved by Committee) | Dec. 18, 2023 Memo to Kemisha from Dr. Rouser |
|---|---|---|
| Research Proposal Modification | "Research Proposal Modification: The student is hereby directed to undertake a broad revision of her research proposal. This initiative aims to augment both the qualitative robustness and the authenticity of her academic endeavor." | "Research Proposal Modification: The student is hereby directed to undertake a broad revision of her research proposal to ensure the robustness and authenticity of the academic work." |
| Submission of Revised Document | "Submission of Revised Document: Subsequent to the above-mentioned revision process, the student is obligated to proffer the modified proposal for preliminary scrutiny to her Committee Chair." | "Submission of Revised Document: After the above-mentioned revision process, the student is obligated to submit the modified proposal for preliminary review to the Committee Chair." |
| Endorsement and Committee Dissemination | "Endorsement and Committee Dissemination: Following the Committee Chair's formal endorsement of the revised proposal, the document shall be disseminated to the members of the Dissertation Advisory Committee." | "Endorsement and Committee Dissemination: Following the Committee Chair's formal endorsement of the revised proposal, the document shall be disseminated to the members of the Dissertation Advisory Committee." |
| Scheduling Contingencies | "Scheduling Contingencies: The presentation of the research proposal shall be calendarized subsequent to a unanimous affirmation from the Dissertation Advisory Committee. It is imperative to underscore that without this collective concurrence, the presentation shall not proceed." | "Scheduling Contingencies: The presentation of the research proposal shall be scheduled after a unanimous affirmation from the Dissertation Committee; without this collective agreement, the presentation shall not proceed." |

==Additionally,==

| Re Sonya Sedegui | "as a measure to fortify the academic integrity and offer necessary remedial guidance, Sonya Sedegui... has been formally engaged as an external Advisor... to ensure that the student's scholarly submission adheres to, and exemplifies, the stringent standards of originality and genuineness that our institution upholds." | "Retake EDUC 831... as a measure to ensure that the expectations for research are reinforced, relearned and applied to the board revision required.<br><br>Kindly note, the course instructor of EDUC 831 course has been assigned by Dr. Rouser as Sonya Sedegui. |

# Exhibit 14

From    Stairs, Lucie S. (Adjunct)

To      Nkrathee7@proton.me

Date    Friday, January 12th, 2024 at 8:00 PM

Warm regards,
Dr. Stairs

Begin forwarded message:

> **From:** "Lucie S. Stairs" <lstairs@desu.edu>
> **Date:** January 12, 2024 at 7:58:53 PM EST
> **To:** lucie.s.stairs@wilmu.edu
> **Subject: Fwd: Graduate Office Updates**

Warm regards,
Dr. Stairs

Begin forwarded message:

> **From:** Shelley Rouser <srouser@desu.edu>
> **Date:** January 12, 2024 at 4:27:01 PM EST
> **To:** Kemal.atkins@yahoo.com, Kornel Brown <KoBrown@desu.edu>, brownburke@yahoo.com, david.carter@irsd.k12.de.us, mjonathan86@hotmail.com, Schentel Jones <sporter@desu.edu>, drmargarit2021@gmail.com, "Dawn M. Mosley" <dmosley@desu.edu>, Vita Pickrum <vpickrum@desu.edu>, dr.pinkney@yahoo.com, kalia.reynolds@gmail.com, candra.sudler@gmail.com, tconsulting@yahoo.com, Ann Knettler <aksmith@desu.edu>, Brian Walley <bwalley@desu.edu>, ccshockley@comcast.net, denisenixon413@gmail.com, helenayuktabot@yahoo.com, michael.prettyman@nccvt.k12.de.us, mlcampbellennis@gmail.com, nyia.mccants@echs.k12.de.us, shelbygordon@atlanticbb.net, tannacjackson@gmail.com, Tyancy08@gmail.com, Phyllis Collins <pcollins@desu.edu>, "Amber C. Ward" <award@desu.edu>, Bina Daniel <bdaniel@desu.edu>, loweryc@ohio.edu, CME@crystalmedwards.com, coachmhjames@gmail.com, TLBoyer@ccps.org, Diana Yankovich <dyankovich@desu.edu>, ahilton@suno.edu, Drguilford2@gmail.com, varneka2000@yahoo.com, mjones@ccboe.com, "Chalishah R. Boggs" <cboggs@desu.edu>, Karer Holland <kholland@desu.edu>, "Shaun M. Mason" <smmason@desu.edu>, Daniel Awodiya <dawodiya@desu.edu>, "Lisa M. Lancaster" <llancaster@desu.edu>, "Lucie S. Stairs" <lstairs@desu.edu>, Diana Yankovich <dyankovich@desu.edu>, donya.maull@delaware.gov, "Hazel B. Beaumont" <hbeaumont@desu.edu>, Janee Huff-Truesdale <jhtruesdale@desu.edu>, sedeguisonya@gmail.com, "Aaron C. Bass" <abass@desu.edu>
> **Cc:** "Pietro A. Sasso" <psasso@desu.edu>, Brenda Wynder <bwynder@desu.edu>, "Reshid X. Walker" <rxwalker@desu.edu>, Darren Rainey <drainey@desu.edu>, Tina Mitchell <tmitchell@desu.edu>
> **Subject: Graduate Office Updates**

> ### *A message from the Chair*

Greetings.

Happy New Year and wishing you a great semester ahead! This email provides timely information on changes in the Education Department's Graduate Programs Office to ensure you have updated information on the graduate team.

*Effective January 8, 2024*, **Dr. Tina Mitchell** (tmitchell@desu.edu) is now the Acting **Director of Graduate Education Programs**. Dr. Mitchell will oversee the office operations and graduate program quality overall. *We are thankful for Dr. Rathee's service over so many years.*

*Programs the Graduate Office provides include:*
- the Master of the Arts in Teaching (MAT)/Alternative Route to Certification (ARTC) degree
- the Master of the Arts in Equitable Curriculum and Instructional Leadership (ECIL) degree
- the Master of Education Leadership (MEd)
- the Doctorate in Education (EdD): Higher Education and K12 concentrations

**Dr. Pietro Sasso**, Higher Education EdD Program Coordinator/Associate Professor joined the team in August 2023, and serves as the primary point of contact for matters related to the **higher education concentration in the EdD program.** psasso@desu.edu

**Dr. Brenda Wynder**, K12 EdD Program Coordinator/Associate Professor, is the newest member of the team joining January 8th - a brief introduction is therefore in order. She brings a wealth of expertise at all levels of K12 leadership from building principal to central office director to superintendent. She is the primary point of contact for matters related to the **K12 education concentration in the EdD program.** bwynder@desu.edu

**Dr. Reshid Walker**, K12 MEd Program Coordinator/Assistant Professor, joined the team in October 2023, and serves as the primary contact for matters related to the **MEd program.** rxwalker@desu.edu

**Darren Rainey** is our Program Manager for Recruiting and Retaining Diverse Educators and also the Coordinator for the **MA in Equitable Curriculum and Instructional Leadership.** He launched the first cohort of the degree in Summer 2023. New cohorts are planned for this year, as well as differentiated options for this innovative program. drainey@desu.edu

**Jennifer Lopez** will support the Graduate Office Leadership Team as the Administrative Secretary starting Tuesday, January 16. jlopez@desu.edu 302-857-7170, EH Office 112.

This new graduate leadership team is joined by the esteemed faculty team that follows, along with you as an extension of our team.

| Dr. Joseph Falodun | Dr. Richard Phillips | Dr. Chetanath Gautam |
|---|---|---|
| Dr. Yvette Pierre | Dr. SaeYeol Yoon | Dr. Justin Alexander |

Dr. Hazel Beaumont    Dr. Keun Kim

*We engaged with students in two Fall Focus groups. There have also been conversations with EdD higher education adjunct faculty, and we will extend that to MEd and EdD K12 adjunct faculty now that Dr. Wynder is on board. We listened to both you and our students, and you can be assured we will be responsive. More to follow on how that feedback will inform graduate programming. You can expect such a feedback loop to become a norm as we engage with you in the future.*

Thank you for partnering with us to deliver quality learning experiences to our candidates and i wish you a great semester with your students!

*Dr. Shelley S. Rouser, Chair*

Shelley S. Rouser, Ph.D. *(she, her)*
Delaware State University
Education Department Chair, Associate Professor
O|302-857-6720 Email|srouser@desu.edu

**DelawareStateUniversity**

It All **MATTERS.**

# Exhibit 15



## DELAWARE STATE UNIVERSITY

OFFICE OF HUMAN RESOURCES

January 18, 2024

Dr. Nirmaljit Rathee
54 Shinnecock Road
Dover, DE 19904

Dear Dr. Rathee:

The Office of Human Resources has reviewed your request for leave under the Family Medical Leave Act (FMLA)/ and supportive documentation that you have provided. In accordance with the Department of Labor Standards for FMLA your request has been approved.

Pursuant to your request this leave commenced 01/05/24. Further, the duration of this FML is for up to 12 weeks within the 12-month period beginning January 05, 2024.

**If you are taking leave for the purpose of caring for a relative and have scheduled leave on an intermittent basis, kindly furnish this office with certification of the date(s) in which you will be using approved FML. Please note that you may utilize annual, sick and or personal leave on days needed.**

Should you need further clarification, please contact the Human Resources Benefits Unit at 302/857-6262.

Sincerely,

Vernice Oney
Benefits Coordinator

cc: Dr. Shelley Rouser
    Dr. Emily Williams
    File

1200 NORTH DUPONT HIGHWAY • DOVER, DELAWARE 19901-2277 • (302) 857-6261 • FAX (302) 857-6264

Delaware State University is an equal opportunity employer and does not discriminate because of race, creed, national or ethnic origin, sex or disability.

Exhibit 16

## [EXTERNAL] - Fw: Change of Committee Member of Chair

Oswy Gayle <oswick7@yahoo.com>

Sat 2/3/2024 6:06 PM

To:Nirmaljit K. Rathee <nrathee@desu.edu>

Dr. Rathee, please see another one of these emails.

[Sent from Yahoo Mail on Android](#)

----- Forwarded Message -----
**From:** "EduGrad" <edugrad@desu.edu>
**To:** "Pietro A. Sasso" <psasso@desu.edu>, "sherjohn40@gmail.com" <sherjohn40@gmail.com>, "chosencalvin@gmail.com" <chosencalvin@gmail.com>, "holewin21@students.desu.edu" <holewin21@students.desu.edu>, "everton.thomaslaurell@gmail.com" <everton.thomaslaurell@gmail.com>, "delightedsunny@gmail.com" <delightedsunny@gmail.com>, "ishque78@yahoo.com" <ishque78@yahoo.com>, "oswick7@yahoo.com" <oswick7@yahoo.com>
**Cc:** "Justin L. Alexander" <jlalexander@desu.edu>
**Sent:** Fri, Feb 2, 2024 at 12:50 PM
**Subject:** Re: Change of Committee Member of Chair

Good afternoon!

My name is Dr. Tina Mitchell and I am contacting you in my capacity as the Program Director for the Graduate Education Programs. You have all been working hard to complete your doctoral studies and you are to be commended for your progress. However, as Dr. Sasso has reported, Dr. Rathee is currently unavailable to work in the capacity of chair or committee member on your projects. We are committed to seeing you all through this process. Dr. Sasso will work with all students currently enrolled in the program to assign you a new chair for your project. The quicker this can be done, the faster you can continue to progress through your program, complete your dissertation, and graduate. All of our faculty members are capable in supporting you, being your champion, and continuing the work that you have started. You will all be in good hands. If you do not comply, you risk the chance of slowing down your process and even worse not completing your program. Dr. Sasso will be in touch with all students currently enrolled in the program who have been assigned to Dr. Rathee to develop a plan. If you have any questions, please don't hesitate to ask. Thank you in advance for your cooperation.

Tina L. Mitchell, Ed.D. (she, her, hers)
Director of Graduate Education Programs
Coordinator, ARTC/MAT Programs
Assistant Professor of Education
Education Department - EH109
**O:** 302-857-7570  **E:** tmitchell@desu.edu
1200 N. DuPont Highway, Dover, DE 19901

 

It All Matters.

**From:** Pietro A. Sasso <psasso@desu.edu>
**Sent:** Friday, January 26, 2024 9:55 PM
**To:** sherjohn40@gmail.com <sherjohn40@gmail.com>; chosencalvin@gmail.com <chosencalvin@gmail.com>; holewin21@students.desu.edu <holewin21@students.desu.edu>; everton.thomaslaurell@gmail.com <everton.thomaslaurell@gmail.com>; delightedsunny@gmail.com <delightedsunny@gmail.com>; ishque78@yahoo.com <ishque78@yahoo.com>; oswick7@yahoo.com <oswick7@yahoo.com>
**Cc:** EduGrad <edugrad@desu.edu>; Justin L. Alexander <jlalexander@desu.edu>
**Subject:** Change of Committee Member of Chair

EdD Students,

Hello! I hope this email finds you well. This email is in regard to your dissertation process and committee membership. I am emailing you in the capacity as program coordinator of the higher education EdD program. Most of you have been previously informed that Dr. Rathee is on leave which began this semester and continues into this semester. However, she is unfortunately unavailable to serve on dissertations as a chair or a committee member. We will need to make arrangements to find you a new committee member or dissertation chair. Please send me the membership of your dissertation committee immediately in response to this email. In most cases will be able to identify a new dissertation chair or committee member since most of you are approaching your final defense this semester. I want to support you as a scholar and to ensure that you are able to successfully persist towards your dissertation defense.

**Pietro A. Sasso, PhD**
*Associate Professor of Higher Education*
*Higher Education Programs Coordinator | Department of Education*
E: PSasso@desu.edu| **O:** 302-857-6720
1200 North DuPont Highway, Dover, DE 19901 | desu.edu
Professional Website: www.drsasso.com


It All Matters.

Wan,

Hello! I wanted to follow up with our department chair, Dr. Rouser. Unfortunately, Dr. Rathee is on leave and is supposed to be unavailable to chair and lead dissertations. I appreciate her support of you so far and I do not want to discredit her work with you so far.

However, we will need to make alternate arrangements given that she on leave this semester. I connected with Dr. Gautum yesterday who is a member of your dissertation committee. Our shared perspective is that we do not want to change or alter any progress you have made so far so that you can move forward to graduate. Dr. Gautum will be supporting your work and I will add myself to your committee as program director. He will reach out to you to connect.

What date do you want to facilitate your dissertation defense?

**Pietro A. Sasso. PhD**

# Exhibit 17

[EXTERNAL] - Re: Change of Committee Member of Chair

Cynthia Huie <sherjohn40@gmail.com>
Sun 1/28/2024 7:34 PM

To:Pietro A. Sasso <psasso@desu.edu>
Cc:chosencalvin@gmail.com <chosencalvin@gmail.com>;holewin21@students.desu.edu <holewin21@students.desu.edu>;
everton.thomaslaurell@gmail.com <everton.thomaslaurell@gmail.com>;delightedsunny@gmail.com <delightedsunny@gmail.com>;
ishque78@yahoo.com <ishque78@yahoo.com>;oswick7@yahoo.com <oswick7@yahoo.com>;EduGrad <edugrad@desu.edu>;Justin L.
Alexander <jlalexander@desu.edu>

Good evening, Dr Sasso,

Thank you for your email. I want to clarify that I am not interested in changing my committee chair or any committee members. My current chair has worked closely with me and provided me with valuable guidance throughout my dissertation journey. I am satisfied with her guidance and want her to continue to guide me until the end of this journey.

I have completed writing my paper, incorporated all the suggested corrections given to me by my chair in early January, and have applied to present my defense on March 1, 2024, at 11:30 am. Since I am in the final stages, I don't think it would be useful to include a new member in my committee at this point.

I hope you understand that I am committed to completing this degree program by May 2024, and any suggested changes to my plan at this time are not feasible.

Yours Sincerely.
Cynthia Johnson Huie

On Fri, Jan 26, 2024 at 9:55 PM Pietro A. Sasso <psasso@desu.edu> wrote:
EdD Students,

Hello! I hope this email finds you well. This email is in regard to your dissertation process and committee membership. I am emailing you in the capacity as program coordinator of the higher education EdD program. Most of you have been previously informed that Dr. Rathee is on leave which began this semester and continues into this semester. However, she is unfortunately unavailable to serve on dissertations as a chair or a committee member. We will need to make arrangements to find you a new committee member or dissertation chair. Please send me the membership of your dissertation committee immediately in response to this email. In most cases will be able to identify a new dissertation chair or committee member since most of you are approaching your final defense this semester. I want to support you as a scholar and to ensure that you are able to successfully persist towards your dissertation defense.

**Pietro A. Sasso, PhD**
*Associate Professor of Higher Education*
*Higher Education Programs Coordinator | Department of Education*
**E:** PSasso@desu.edu| **O:** 302-857-6720
1200 North DuPont Highway, Dover, DE 19901 | desu.edu
Professional Website: www.drsasso.com