Exhibit 18

# Faculty Detail Schedule

D10222656 Nirmaljit K. Rathee
Fall 2024
Aug 26, 2024 09:48 am

## HISTORY AND PRINCIPLES OF PHYSICAL EDUCATION - 14216 - EDUC 253 - 01

| | |
|---|---|
| **Status:** | Active |
| **Available for Registration:** | Apr 02, 2024 - Aug 28, 2024 |
| **College:** | Humanities, Educ. & Soc. Sci. |
| **Department:** | Education |
| **Part of Term:** | 1 |
| **Course Credits:** | 3.000 |
| **Course Levels:** | Undergraduate, Undergraduate |
| **Campus:** | Main |
| **Override:** | Yes |
| **Syllabus:** | Add |
| **Rosters:** | Classlist |
| **Office Hours:** | Add |

### Enrollment Counts

| | Maximum | Actual | Remaining |
|---|---|---|---|
| **Enrollment:** | 20 | 10 | 10 |
| **Cross List:** | 0 | 0 | 0 |

### Scheduled Meeting Times

| Type | Time | Days | Where | Date Range | Schedule Type | Instructors |
|---|---|---|---|---|---|---|
| Class | 12:00 pm - 12:50 pm | MWF | Memorial Hall 223 | Aug 26, 2024 - Dec 13, 2024 | Lecture | Nirmaljit Kaur Rathee (P) ⊠ , Shelley S Rouser ⊠ |

## MOTOR DEVELOPMENT/MOVEMENT EDUCATION FOR CHILDREN - 12466 - EDUC 257 - 01

| | |
|---|---|
| **Status:** | Active |
| **Available for Registration:** | Apr 02, 2024 - Aug 28, 2024 |
| **College:** | Humanities, Educ. & Soc. Sci. |
| **Department:** | Education |
| **Part of Term:** | 1 |
| **Course Credits:** | 3.000 |
| **Course Levels:** | Undergraduate, Undergraduate |
| **Campus:** | Main |
| **Override:** | Yes |
| **Syllabus:** | Add |
| **Rosters:** | Classlist |
| **Office Hours:** | Add |

### Enrollment Counts

**Maximum Actual Remaining**

Enrollment: 40    16    24

Cross List:   0     0     0

### Scheduled Meeting Times

| Type | Time | Days | Where | Date Range | Schedule Type | Instructors |
|------|------|------|-------|-----------|---------------|-------------|
| Class | 11:00 am - 11:50 am | MWF | Memorial Hall 203 | Aug 26, 2024 - Dec 13, 2024 | Lecture | Nirmaljit Kaur Rathee (P) ✉ , Shelley S Rouser ✉ |

---

**SPORTS BIOMECHANICS - 14217 - EDUC 359 - 01**

| | |
|---|---|
| **Status:** | Active |
| **Available for Registration:** | Apr 02, 2024 - Aug 28, 2024 |
| **College:** | Humanities, Educ. & Soc. Sci. |
| **Department:** | Education |
| **Part of Term:** | 1 |
| **Course Credits:** | 3.000 |
| **Course Levels:** | Undergraduate |
| **Campus:** | Main |
| **Override:** | Yes |
| **Syllabus:** | Add |
| **Rosters:** | Classlist |
| **Office Hours:** | Add |

### Enrollment Counts

**Maximum Actual Remaining**

Enrollment: 20    13    7

Cross List:   0     0     0

### Scheduled Meeting Times

| Type | Time | Days | Where | Date Range | Schedule Type | Instructors |
|------|------|------|-------|-----------|---------------|-------------|
| Class | 9:00 am - 9:50 am | MWF | Memorial Hall 201 | Aug 26, 2024 - Dec 13, 2024 | Lecture | Nirmaljit Kaur Rathee (P) ✉ , Shelley S Rouser ✉ |

Exhibit 19

# DELAWARE STATE UNIVERSITY

## COLLEGE OF HUMANITIES, EDUCATION, AND SOCIAL SCIENCES

August 27, 2024

Dear Dr. Rathee,

After reading your email, dated Thursday, August 22, 2024, regarding the classes assigned to you, I had to make sure I understood all the details of the situation before responding to your concerns. I appreciate your patience and understand the necessity of timeliness as classes began yesterday.

Your fall 2024 schedule does not include graduate courses due to the academic integrity case of December 2023, which warranted a change in your status as Program Director. In your email, you mention CBA Article 12.2.6.1 in terms of "assignments shall be made fairly and without discrimination as to the faculty member;" however, the article also states "Workload assignments shall be based on a consideration of academic qualifications and expertise, needs of the students, **department policies and guidelines**, the applicable provisions of this Agreement, faculty preferences, and the **continual necessity for revitalization and improvement of the instructional program**" (emphasis added). You also mentioned Article 12.2.12.5 and 12.2.12.6, which states "full time faculty members shall be given preference over part-time or adjunct faculty for available graduate and undergraduate courses for which they are qualified." You fail to acknowledge that Article 12.2.12 relates to Overload courses; the understanding of faculty preferences should refer to 12.2.6.1 and the emphasized sections above. The academic integrity case is the basis for your present course assignments.

In preparing for your return for fall 2024, the department and the dean's office discussed necessary measures to address the academic integrity issue going forward and what can and should be expected of you. It is vital that you understand the expectations and responsibilities of dissertation committee members and chairs to the candidate, the program, and the University, as well as the oversight faculty must provide candidates to mentor, detect, minimize, prevent, and address instances of plagiarism. In such cases of plagiarism, faculty must adhere to the University policy for reporting incidents when they unfortunately occur. These necessary measures towards that end include:

- Refamiliarize yourself with DSU and Graduate Office policies,
- Review document procedures of the Graduate Office—necessary and accurate record keeping,
- Apply pedagogical tools to detect plagiarism in all stages of research, not limited to the final stage of drafting of dissertation proposals and dissertation drafts, and
- Acquaint yourself with all new policies and practices of the Education Department to ensure graduate student success and guarantee that committee members have ample time to review and provide feedback to students throughout the dissertation process, and especially at the prospectus and final defense phases.

The department assigned you undergraduate Physical Education classes spring 2024 and fall 2024 because this was your area of instruction upon hire. Due to the academic integrity issue, the department and dean's office believes you should complete the above measures prior to returning to a graduate classroom as an instructor. As for your email yesterday afternoon, August 26, 2024, while I understand your concerns upon learning that the department chair assigned an adjunct to the classes which you are currently listed as the instructor on record, I do not agree with your classification of motives. Spring

# DELAWARE STATE UNIVERSITY
## COLLEGE OF HUMANITIES, EDUCATION, AND SOCIAL SCIENCES

semester, the department secured an adjunct to teach the courses assigned to you because you went out on FMLA after classes began. This week, the department chair secured an adjunct because the department was under the understanding that you were again seeking FMLA; Human Resources did not inform the dean's office until Friday, August 23, 2024, that you were not eligible for FMLA. Moreover, you did not say you were seeking FMLA or requesting remote teaching until your letter on Thursday, August 22, 2024, two days before classes begin. We are taking this letter as your formal request for remote teaching and will review the request as outlined in the Remote Work Policy (attached).

In our desire to take all issues into consideration, including your long-standing work in the department and the graduate program, your last-minute request for remote teaching, your ineligibility for FMLA, and the needs to ensure student success, we are providing you with a plan which allows for a gradual reintegration into graduate instruction. This includes the following proposed compromise for the fall 2024 semester:

- Three (3) credit course release to pursue your own research,
- Three (3) credit dissertation committee—you will be assigned to 2-3 dissertation committees as a member, not as committee chair, and
- Six (6) course teaching credits—co-teaching with the assigned adjunct for the Physical Education courses.

We have taken into consideration that you have not taught this course since your move to the graduate program, although this is in your area of instruction and for which you were hired. Unfortunately, the Physical Education classes assigned to you cannot be reclassified as online classes. As classes have already begun, and you have determined you are unable to teach in person due to ineligibility of FMLA and caregiver responsibilities, so as not to disrupt the students, we believe the co-teaching proposal allows for a win-win situation.

I appreciate the delicate nature of the situation—your caregiver responsibilities, the transition between graduate and undergraduate instruction, and the needs of the students, the department, and the college. Hopefully, you agree that the proposed plan is a compromise that considers all issues. Please confirm no later than the end of business, Thursday, August 29, 2024, if you accept the conditions outlined in this letter.

Sincerely,

Adenike Marie Davidson, Ph.D.
Interim Dean, CHESS

Cc: Dr. Patrice Gilliam-Johnson, Interim Provost
    Dr. Shelley Rouser, Department Chair

Exhibit 20

# DELAWARE STATE UNIVERSITY

## COLLEGE OF HUMANITIES, EDUCATION, AND SOCIAL SCIENCES

September 4, 2024

Dear Dr. Rathee,

I am writing this letter in response to your email dated August 30, 2024, in which you did "not accept the conditions" of my August 27, 2024, letter and indicated that you would teach a full load of education graduate courses. As the Fall semester has already begun and your teaching schedule already finalized, it is important that we work expeditiously to resolve this matter so that the University can meet the needs of our students.

In December 2023, then-Vice Provost Williams gave notification that you were being removed from your position as Graduate Program Director and you would return to full professor with tenure in Spring 2024. This change in status was a disciplinary action based on your mishandling of a serious academic integrity violation. Shortly thereafter, you went on FMLA leave.

Since your return this Fall, the University has determined that it is appropriate for you to return to an undergraduate courseload and complete the tasks detailed in my August 27th letter to address the academic integrity incident. These decisions are made in compliance with Articles 10 and 12 of the AAUP Collective Bargaining Agreement and are not subject to negotiation.

Should you choose not to accept these conditions of employment, be advised that the University will seek to discharge you for "just cause" due to your failure to perform your professional responsibilities and job abandonment pursuant to section 10.5.2 of the CBA. I must hear from you by close of business Friday, September 6, 2024, regarding your decision.

 Sincerely,

Adenike Marie Davidson, Ph.D., Interim Dean
College of Humanities, Education, and Social Sciences
cc:    Dr. Patrice Gilliam Johnson, Interim Provost
Dr. Shelley Rouser, Department Chair

Exhibit 21



# DELAWARE STATE UNIVERSITY
## Office of Academic Affairs

September 25, 2024

Dr. Nirmaljit Rathee, Professor
[nrathee@desu.edu]
Dr. Myna German, AAUP President
[mgerman@desu.edu ]
Re: Letter of Intent to Discipline

Dear Dr. Rathee:

This correspondence will serve as a letter of intent to discharge for just cause pursuant to Section 10.5 of the AAUP Collective Bargaining Agreement. Specifically, section 10.5.2. states that "just cause" includes:

- Failure to perform professional responsibilities either through incompetence, persistent negligence, refusal to carry out reasonable assignments, or disregard for or failure to meet scholarly and professional standards and ethics; and
- Abandonment: Absence from scheduled responsibilities for four (4) consecutive days without proper notice to the University in a semester except in cases of an emergency where providing notice within such time period would be deemed excusable. If the University discharges an employee for abandonment and it is later determined that the employee's failure to notify the University was excusable, reinstatement shall be without back pay for the period between the date of discharge and the employee's actual notice to the University of the reason for the absence.

The Fall 2024 semester began on August 26, 2024. To date, you have failed to perform your professional responsibilities as a member of the faculty and have had several unexcused absences without notice to the university; a doctor's note was provided for the days of absence from September 3-6, but no other approved documentation for work absence. You rejected the terms of your return to work, offered in a letter dated August 27, 2024, and your request for remote work and teaching accommodations were also found to be unsubstantiated.

I invite you to participate in an interview within ten (10) working days to discuss the University's intent to discipline. If you wish to schedule an interview, please contact Ms. LaToya Saunders at (302) 559-6377 to schedule a date and time for a meeting.

1200 N. DUPONT HIGHWAY ☐ DOVER, DELAWARE 19901-2277 ☐ (302) 857-6628 ☐ FAX (302) 857-7605
Delaware State University is an equal opportunity employer and does not discriminate because of race, creed, national or ethnic origin, sex or disability.



Respectfully submitted,

*Patrice Gilliam*

Patrice Gilliam, Ph.D.
Provost and Chief Academic Officer

cc: Human Resources

1200 N. DUPONT HIGHWAY ☐ DOVER, DELAWARE 19901-2277 ☐ (302) 857-6628 ☐ FAX (302) 857-7605
Delaware State University is an equal opportunity employer and does not discriminate because of race, creed, national or ethnic origin, sex or disability.