**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| NIRMALJIT K. RATHEE, M.A., PH. D., | ) |
| | ) |
| Plaintiff, | )   C.A. No. 24-777 TMH |
| | ) |
| v. | ) |
| | ) |
| DELAWARE STATE UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS**

Defendant Delaware State University, by and through its undersigned counsel, hereby moves this Honorable Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Plaintiff's Second Amended Complaint in the above-captioned action with prejudice. The grounds for this Motion are set forth in the accompanying brief.

**SAUL EWING LLP**

/s/ Jennifer M. Becnel-Guzzo
James D. Taylor, Jr., Esquire (#4009)
Marisa R. De Feo, Esquire (#6778)
Jennifer M. Becnel-Guzzo, Esquire (#4492)
1201 N. Market Street, Suite 2300
Wilmington, DE  19899
(302) 421-6800
james.taylor@saul.com
marisa.defeo@saul.com
jennifer.becnel-guzzo@saul.com

*Counsel for Defendant Delaware State University*

December 3, 2024

53461481.1 12/03/2024